UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION    04MBD 10193

CHARLES WILLIAM ADAMS,

    Plaintiff,

    -vs-

UNITED STATES,
DAVID TOY and                Case Nos. **04M-1053-JGD**
MICHAEL J. LEAHEY                   **04M-1055-JGD**

    Defendants.

## MOTION FOR RETURN OF SEIZED PROPERTY

COMES NOW, Charles William Adams, Plaintiff *in propria persona* who files this motion for the return of property taken by federal agents pursuant to two search warrants issued by this court. This motion is made pursuant to Rule 41(g) of the Federal Rules of Criminal procedure.

It is well known that in the United States, federal government officials are required to comply with the provisions of the Federal Rules of Criminal Procedure. This includes those agents—Defendant David Toy and Michael Leahey included—that took part in the forced entry into the home of the Plaintiff Charles William Adams (hereinafter, "Adams").

Rule 41(f) states in relevant part:

*(f) Executing and Returning the Warrant.*
*(2) Inventory.*
*An officer present during the execution of the warrant must prepare and verify an inventory of any property seized. The officer must do so in the presence of another officer and the person from whom, or from whose premises, the property was taken. If either one is not present, the officer must prepare and verify the inventory in the presence of at least one other **credible person**.* [Emphasis added]

The officers conducting the search removed some items which do not appear on the receipt. Said officers also neglected to comply with the requirement of having at least one other "credible person" present to witness the preparation of the inventory. For this reason, all the evidence seized is tainted and should be returned to its rightful owner. A memorandum of law in support of this motion is included by reference thereto.

Plaintiff preserves his right to move to suppress the items seized, since all the documents of these cases—dockets included—have been sealed. As such, Plaintiff has no knowledge as to the reason or purpose of the search and seizure, or even if civil or criminal proceedings against Adams are intended in the future.

WHEREFORE, the Plaintiff moves this court to ORDER the return of all properties seized from his house by the Defendants.

Respectfully submitted this _19_ day of April, 2004,

Charles William Adams, Plaintiff *in propria persona*
221 Madison Street
Wrentham, Massachusetts 02093

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of Massachusetts over the age of 21, do hereby certify that a true copy of the Following documents:

1. MOTION FOR RETURN OF SEIZED PROPERTY;

2. MEMORANDUM IN SUPPORT OF MOTION FOR RETURN OF SEIZED PROPERTY;

3. AFFIDAVIT OF CHARLES WILLIAM ADAMS IN SUPPORT OF MOTION FOR RETURN OF SEIZED PROPERTY;

4. ASSEVERATION AND DECLARATION OF OATH PURGATORY AND OF STATUS; and,

5. PROPOSED ORDER;

Have been served on April _19_, 2004, via my own hand to the Clerk of the US District Court and via Registered Mail to each of the other four parties listed below and on the next page:

DELIVERED BY MY OWN HAND
Clerk, US District Court for Massachusetts
One Courthouse Way
Boston, Ma. 02210-3002

REGISTERED MAIL # RC 007 432 694 US
Michael J. Sullivan
Office of the United States Attorney
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210

3

REGISTERED MAIL # RC 007 432 703 US
John Ashcroft
U.S. Attorney General
Tenth and Constitution Avenue, N.W.
Washington, D.C. 20530

REGISTERED MAIL # RC 007 432 717 US
David Toy, IRS Agent, CID
120 Front Street
Worcester, Massachusetts 01608

REGISTERED MAIL # RC 007 432 725 US
Michael J. Leahey, IRS Agent, CID
JFK Federal Bldg. Room 1000
25 New Sudbury Street
Boston, Massachusetts  02203

Charles William Adams, Plaintiff *in propria persona*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM ADAMS, | |
| Plaintiff, | |
| -vs- | |
| UNITED STATES, DAVID TOY and MICHAEL J. LEAHEY. | Case Nos. **04M-1053-JGD**  **04M-1055-JGD** |
| Defendants. | |

## ORDER

Having reviewed the Plaintiffs' Motion for Return of Property, this Court finds that said Motion is well taken, and it is hereby granted.

It is hereby ORDERED that the property seized from the premises of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004, be returned without any unnecessary delays by the Defendant or their agents to the current home of the Plaintiff. In no event shall the property be returned any later than five (5) business days from the filing of this ORDER by the clerk of this court. Items that were not listed on the receipts filed with this court are to be returned, as well.

GIVEN UNDER MY HAND this ____ day of _____, 2004, at ____ o'clock ____.m.

_____
District Court Judge