# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

CHARLES WILLIAM ADAMS,

    Plaintiff,

    -vs-

UNITED STATES,
DAVID TOY and
MICHAEL J. LEAHEY,

    Defendants.

Case Nos. 04M-1053-JGD
             04M-1055-JGD

## AFFIDAVIT OF CHARLES WILLIAM ADAMS IN SUPPORT OF MOTION FOR RETURN OF SEIZED PROPERTY

I, Charles William Adams, do hereby depose and state as follows:

1. I am a living soul created by The Creator and am a citizen of the Commonwealth of Massachusetts and over the age of twenty one (21) years.

2. I, my wife and children currently live in a home located at 221 Madison Street, Wrentham, Massachusetts.

3. Federal agents obtained a search warrant from the United States District Court for the District of Massachusetts. The warrant was served on March 23, 2004. On March 23, 2004 at 5:30 PM Federal agents obtained a second warrant that according to the inventory was served on March 23, 2004 at 5:00 PM.

4. At the times the two warrant were executed, neither I, nor my wife nor my children were in Massachusetts. The house was unoccupied at the time that the warrants were served.

5. There were items which did not appear on the receipt for the property that were taken in the search pursuant, mostly items that are obviously not relevant to the investigation of the federal agents involved in the search and seizure. Such items include firearms, Massachusetts class A firearms license, private documents including but not limited to a letter from my wife's deceased brother's estate, insurance papers, etc. These were not items listed to be seized in the search warrant.

6. Of all the documentation of the searches and seizures, and to the knowledge of all those who were involved in or otherwise witnessed the search and seizure, it is clear that there never was a disinterested, credible person to witness the taking of items from the house and the preparation of an inventory or receipt, as required by Rule 41 of the Federal Rules of Criminal Procedure.

I swear that the foregoing is correct and true to the best of my knowledge, information and belief.

Dated this _19_ day of April, 2004,

Charles William Adams, Plaintiff *in propria persona*
221 Madison Street
Wrentham, Massachusetts 02093

Subscribed and sworn to before me, a Notary Public, of the Commonwealth of Massachusetts County of ___Worcester___, this _19th_ day of April, 2004, that the above named person did appear before me and was identified to be the person executing this document.

_____*Catherine Floyd*_____
Notary Public

My Commission Expires On:_____

CATHERINE FLOYD
NOTARY PUBLIC
COMMISSION EXPIRES 2/9/07

# ASSEVERATION AND DECLARATION OF OATH PURGATORY AND OF STATUS

I, Charles William Adams, Sui Juris in propria persona, am a living soul created by The Creator. I am competent to testify, by first hand knowledge, to the facts contained herein, do lawfully Declare and Affirm by my solemn asseveration and declaration that I am a natural born free living soul de jure American Sovereign by birth, native of the Commonwealth of Pennsylvania, an inhabitant of the Commonwealth of Massachusetts and I am created by our Creator with unalienable rights some of which are enumerated in the Constitution of the United States and affirmed in The unanimous Declaration of the thirteen united States of America (the Declaration of Independence).

I, in my character, do in fact trade in lawful money of account of the united States of America, gold and silver, with like parties of capacity.

Venue shall be the American Republican form upon the soil required by my character and standing as guaranteed by the original contract known as the Constitution of the United States of America.

I have never knowingly, willfully or intentionally waived any of these unalienable rights and I freely choose to obey all Constitutional American Law and pay all lawful taxes in jurisdictions applicable to me for the common good. I stand myself, with assistance, Sui Juris with Judicial Power and non assumpsit to any defacto state. I am not a member of the body corporate or politic. My status of Citizen (Article 2:1:6, 1:2:3, 4:2:1, and 3:2:1 Constitution of the United States) and my Unalienable Rights are not negotiable.

I, a creation only of The Creator, a free agent, being a slave to none have never knowingly, willfully, intentionally or voluntarily given my power of attorney, appointment or agency to any other party except the Save A Patriot Fellowship and Business Management Systems, be it government, person, organization or any other entity. Any act or forms bearing my signature or shrewd entrapments, that I have unwittingly endorsed or entered into by shrewd entrapments or fraud, I hereby revoke, release, cancel Nunc Pro Tunc and Ab Initio including but not all inclusive, all registrations, licenses, certificates, appointments, any implied contracts or adhesions entered into by any provision of "color (counterfeit) of law", without specific Notice of Intent, government, or shrewd entrapment of commercial enterprise now or in the future and consider all such signatures or adhesions null and void. This is at law and inlaw LAWFUL NOTICE, that all such signatures of mine in the future, with all such government, banks or otherwise adhesion sources, are to be under "TDC" (threat, duress and/or coercion), and non assumpsit, whether appearing therewith or otherwise. Nor will I be compelled to perform under any contract or agreement that I have not entered into knowingly, voluntarily, and intentionally and that I do not or will not accept the liability associated with the compelled benefit of any unrevealed commercial agreement. I claim all property rights, including those held jointly with the people, including the right to use of dedicated properties.

Recent studies have convinced me that governments have, by shrewd legal entrapment, deception, color of law and Constructive Fraud, deceived Citizens into waiving rights and privileges granted them by God some of which are affirmed by the organic documents known as "The unanimous Declaration of the thirteen united States of America" and "The Constitution of the United States", and placed them under de facto or foreign jurisdiction/authority, in order to place them in a position of voluntary and involuntary enslavement. With this knowledge, I believe that I am not subject to the territorial-limited "Exclusive Legislation" and its foreign jurisdiction mandated for Washington, D.C. (Article 1:8:17-18 Constitution of the United States), including its foreign "internal" government organizations therein or by contract adhesion thereto intertwined throughout our land, including STATE(s). I therefore lawfully "squarely challenge" the fraudulent jurisdiction/authority, that does not apply to me (Hagans vs. Lavine, 415 US 528 at 533) with "The Supreme Law of the Land" upholding this Sovereign Citizen. It is therefore incumbent upon any government personnel, agency or organization, to first prove its jurisdiction over me [5 USC 556(d)]. Persons violating jurisdiction shall be charged under 18 USC 241, 242, 1001 and/or other applicable code.

It appears by law, that this Citizen, by status of Citizenship is as Foreign as a Non-Resident Alien to the District of Columbia's Federal Government (Article 1:8:17-18 Constitution of the United States) and STATE(s) as likewise to China. I declare that I have never resided in the District of Columbia, or STATE(s), that I am not a "resident", nor a "person" (artificial persons), equal or subject under the law with corporations or politicians, insidiously created by governments to usurp, dominate, and confuse people as created by the 13th and 14th amendments to the Constitution of the United States.

That I am Sovereign, as the people, over the instruments of our creation, namely our limited governments, created for the protection of natural rights, liberties and privileges. The governments having incorporated have laid down their Sovereignty to become persons equal under the law with other artificial persons, under the Clearfield Doctrine and therefore exercise power by tyrannical military police power (martial law rule), using unauthorized War Powers and perpetrating mixed war with color of authority in total defiance of our unalienable, God given rights.

My rights having been given by The Creator and declared as unalienable can not be alienated by me or from me without consequence. All who would transgress these rights, including myself, will be held to answer before the Supreme Judge, The Creator.

This is at law PUBLIC NOTICE of my status, replacing any previous filings of record, and if within 30 days after filing of this document as a public record, notice to all parties and any party has not provided lawful evidence to the contrary of these declarations, on a point by point basis, as cited; it will be assumed by default, that your silence is acquiescence that the affirmations of this document are true.

Copies of this entire of this document shall have the same strength and effect as an original.

FURTHER THE AFFIANT SAITH NOT

ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )
                                 )
                                 ) ss:
                                 )
County of _Worcester_            )

On this _19_ day of April, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, personally appeared the signatory at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_____          _2-9-07_____
       Notary Public                        My Commission Expires

                                                  CATHERINE FLOYD
WHEREOF, I have freely hereunto set my hand this _19_ day of April, 2004.    NOTARY PUBLIC
                                                  COMMISSION EXPIRES 2/9/07

L.S.  _____