*04M-1053 - JGD*

*Case Nos 04M-1055 - JGD*

# ASSEVERATION AND DECLARATION OF OATH PURGATORY AND OF STATUS

## CAVEAT AND CONSTRUCTIVE NOTICE, MIRANDA WARNING to my Servants (public and quasi public), Subjects and Franchised Persons

I, Charles William, of the Adams family, Sui Juris in propria persona, am a living soul created by The Creator. I am competent to testify, by first hand knowledge, to the facts contained herein, do lawfully Declare and Affirm by my solemn asseveration and declaration that I am a natural born free living soul de jure American Sovereign by birth, native of the Commonwealth of Pennsylvania, an inhabitant of the Commonwealth of Massachusetts and I am created by our Creator with unalienable rights some of which are enumerated in the Constitution for the United States of America and affirmed in The unanimous Declaration of the thirteen united States of America (the Declaration of Independence) and will testify to the same if called as a witness and do hereby place You My Servants (public, quasi-public, and franchised persons) on **NOTICE IN LAW** that ANY ACTION YOU TAKE UNDER **COLOR OF LAW** (statute, code, regulation, custom or usage of any state) which is contrary to the Constitutional Laws of 1787, and 1791, will be cause for **legal action against you for unlawful DEPRIVATION OF MY RIGHTS!**

I, in my character, do in fact trade in lawful money of account of the united States of America, gold and silver, with like parties of capacity.

Venue shall be the American Republican form upon the soil required by my character and standing as guaranteed by the original contract known as the Constitution for the United States of America.

I have never knowingly, willfully or intentionally waived any of these unalienable rights and I freely choose to obey all Constitutional American Law and pay all lawful taxes in jurisdictions applicable to me for the common good. I stand myself, with assistance, Sui Juris with Judicial Power and non assumpsit to any defacto state. I am not a member of the body corporate or politic. My status of Citizen (Article 2:1:6, 1:2:3, 4:2:1, and 3:2:1 Constitution of the United States) and my Unalienable Rights are not negotiable.

I, a creation only of The Creator, a living soul, a free agent, being a slave to none have never knowingly, willfully, intentionally or voluntarily given my power of attorney, appointment or agency to any other party except the Save A Patriot Fellowship and Business Management Systems, be it government, person, organization or any other entity. Any act or forms bearing my signature or shrewd entrapments, that I have unwittingly endorsed or entered into by shrewd entrapments or fraud, I hereby revoke, release, cancel Nunc Pro Tunc and Ab Initio including but not all inclusive, all registrations, licenses, certificates, appointments, any implied contracts or adhesions entered into by any provision of "color (counterfeit) of law", without specific Notice of Intent, government, or shrewd entrapment of commercial enterprise in the past, now or in the future and consider all such signatures or adhesions null and void. This is at law and inlaw LAWFUL NOTICE, that all such signatures of mine in the future, with all such government, banks or otherwise adhesion sources, are to be under "TDC" (threat, duress and/or coercion), and non assumpsit, whether appearing therewith or otherwise. Nor will I be compelled to perform under any contract or agreement that I have not entered into knowingly, voluntarily, and intentionally and that I do not or will not accept the liability associated with the compelled benefit of any unrevealed commercial agreement. I claim all property rights, including those held jointly with the people, including the right to use of dedicated properties.

*4*

Recent studies have convinced me that governments have, by shrewd legal entrapment, deception, color of law and Constructive Fraud, deceived Citizens into waiving rights and privileges granted them by God some of which are affirmed by the organic documents known as "The unanimous Declaration of the thirteen united States of America" and "The Constitution for the United States of America", and placed them under de facto or foreign jurisdiction/authority, in order to place them in a position of voluntary and involuntary enslavement. With this knowledge, I believe that I am not subject to the territorial-limited "Exclusive Legislation" and its foreign jurisdiction mandated for Washington, D.C. (Article 1:8:17-18 Constitution of the United States), including its foreign "internal" government organizations therein or by contract adhesion thereto intertwined throughout our land, including STATE(s). I therefore lawfully "squarely challenge" the fraudulent jurisdiction/authority, that does not apply to me (Hagans vs. Lavine, 415 US 528 at 533) with "The Supreme Law of the Land" upholding this Sovereign Citizen. It is therefore incumbent upon any government personnel, agency or organization, to first prove its jurisdiction over me [5 USC 556(d)]. Persons violating jurisdiction shall be charged under 18 USC 241, 242, 1001 and/or other applicable code.

My rights having been given by The Creator and declared as unalienable can not be alienated by me or from me without consequence. All who would transgress these rights, including myself, will be held to answer before the Supreme Judge, The Creator.

It appears by law, that this Citizen, by status of Citizenship is as Foreign as a Non-Resident Alien to the District of Columbia's Federal Government (Article 1:8:17-18 Constitution of the United States) and STATE(s) as likewise to China. I declare that I have never resided in the District of Columbia, or STATE(s), that I am not a "resident", nor a "person" (artificial persons), equal or subject under the law with corporations or politicians, insidiously created by governments to usurp, dominate, and confuse people as created by the 13th and 14th amendments to the Constitution of the United States.

I am Sovereign, as the people, over the instruments of our creation, namely our limited governments, created for the protection of natural rights, liberties and privileges as described in Yick Wo v. Hopkins (118 US 356, 370) and US v. Lee. The governments having incorporated have laid down their Sovereignty to become persons equal under the law with other artificial persons, under the Clearfield Doctrine and therefore exercise power by tyrannical military police power (martial law rule), using unauthorized War Powers and perpetrating mixed war with color of authority in total defiance of our unalienable rights granted by God, our Creator.

I have read and understand and rely upon the following cites as follows:

1. The Fifth Amendment of the Constitution for the United States of America guarantees, "... no person shall be deprived of Life, Liberty, or Property without due process of law; nor shall private property be taken for public use without just compensation."

2. The holding of the court that, "The privilege against self-incrimination is neither accorded to the passive resistant, not the person who is ignorant of his Rights, not to one indifferent thereto. It is a fighting clause. Its benefits can be retained only by sustained combat. It cannot be claimed by an attorney or solicitor. It is valid only when insisted upon by a belligerent claimant in person". United States v Johnson, 76 F.Supp.538

3. The holding of the court that, "Where Rights secured by the Constitution [of 1787] are involved, there can be no rule madding or legislation which would abrogate them". Miranda v Arizona, 348 U.S. 436

4. The Fourth Amendment of the Constitution [of 1791] which mandates that, "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not

(Page 3 of 4)

be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

5. Title 18 U.S.C. Section 241 mandates that, "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured – They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any terms of years or for life, or both, or may be sentenced to death."

6. The paraphrased court ruling held, "…because of what appears to be a lawful command on the surface, many citizens, because of their respect for what only appears to be a law, are cunningly coerced into waiving their rights, due to ignorance". U.S. v Minker, 350 U.S. 419.

7. I claim that my body, my soul, and my property and all revenue from my body and my property according to the Supreme Law of the land do not come under Title 18 U.S.C. Part 1, Chapter 1, Section 7 Special maritime and territorial jurisdiction of the United States and 28 U.S.C. 3002(15).

I waive effective as of the date of my live birth, all privileges, immunities and benefits arising out of mere Fourteenth Amendment "citizen of the United States" as applied to or affect my person and I claim all my Rights as guaranteed by the Supreme Law of the Land, the Declaration of Independence and Constitutions for the United States of 1787, 1791 and the Commonwealth of Massachusetts.

Said WAIVER and NOTICE of the Sovereign, common law status of this affiant Charles William Adams is considered as notice to the whole world to all public servants, quasi public and franchised servants ranging in service from The President of the United States of America to the local sheriff and was recorded for PUBLIC NOTICE in the Town of Wrentham and with the Secretary of State for the Commonwealth of Massachusetts and with the United States District Court, District of Massachusetts, Eastern Division.

I, your affiant will consider any unlawful trespass on property (real and personal) whether it is owned, rented or leased to be a violation of my constitutionally guaranteed Unalienable Rights granted to me by The Creator.

Unless you are ABSOLUTLEY sure you are seeking to enforce LAW, not "COLOR OF LAW", and that you have and have been given PROVEN, de jure jurisdiction over my person – not supposed, assumed or usurped de facto jurisdiction, for you to act otherwise would be foolish. It is strongly recommended that you have obtained proven verification of Law and Jurisdiction before acting.

I DEMAND that you, My Servants (public, quasi public, franchised persons), *Respect, Protect, Obey and Defend* my Constitutional and Unalienable Rights.

Any action you take under "Color of law", CONTRARY TO LAW, which deprives me of a Right guaranteed by the Constitution of 1787, 1791 will be expensive to you as My Rights are valued at no less than ONE MILLION DOLLARS ($1,000,000.00) each and will subject YOU to civil penalties under Title 28, U.S.C. and criminal penalties under Title 18 U.S.C. and any other laws.

(Page 4 of 4)

TO ALL PERSONS WHO HAVE VIOLATED MY RIGHTS OR MAY IN THE FUTURE VIOLATE MY RIGHTS:
- You have the right to remain silent;
- Anything you say can and will be used against you in a court of law;
- You have the right to an attorney and have him present with you while being questioned;
- If you cannot afford to hire an attorney, the "commune" will appoint one to represent you before any questioning, if you wish.

This is at law PUBLIC NOTICE of my status, replacing any previous filings of record, and if within 30 days after filing of this document as a public record, notice to all parties and any party has not provided lawful evidence to the contrary of these declarations, on a point by point basis, as cited; it will be assumed by default, that your silence is acquiescence that the affirmations of this document are true.

Copies of this entire four page document shall have the same strength and effect as an original.

**FURTHER THIS AFFIANT SAITH NOT**

ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )
                                 )
                                 ) ss:
County of _Norfolk_              )
                                 )

On this _27_ day of April, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_Amy L. Gould_
Notary Public

AMY L. GOULD
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 16, 2007

My Commission Expires

WHEREOF, I, Charles William Adams have freely hereunto set my hand this _27_ day of April, 2004.

L.S. _[signature]_                                                    A Living Soul, Created by The Creator