UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: The Search of </br></br>221 Madison Street </br></br>Wrentham, Massachusetts | CASE NO. 04M-1053-JGD </br></br> CASE NO. 04M-1055-JGD |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE *NUNC PRO TUNC***
**and**
**GOVERNMENT'S OPPOSITION TO**
**MOTION FOR RETURN OF SEIZED PROPERTY**

The United States moves this Court for leave to file the following opposition to Charles William Adams' motion for return of property, and opposes the motion for return of property for the reason that there is neither a factual nor a legal basis upon which to grant the motion.

**BACKGROUND[1]**

On March 19, 2004, upon Application For Search Warrant supported by Affidavit of Internal Revenue Service Special Agent David Toy, United States Magistrate Judge Judith G. Dein issued a Search Warrant for the residence of Charles Adams and Marie Adams at 221 Madison Street, Wrentham, Massachusetts. (Case No. 04M-1053-JGD).

On March 23, 2004, federal agents executed the Search Warrant at the residence at 221 Madison Street, Wrentham,

---

[1] *See*, Affidavit of I.R.S. Special Agent David Toy, attached.


READING COPY

Massachusetts and seized certain items. Before entering, agents had knocked at doors to the residence. Forcible entry was required to enter the premises.

On March 23, 2004, upon Application For Search Warrant supported by Affidavit of Internal Revenue Service Special Agent Michael J. Leahey, Magistrate Judge Dein issued a supplemental Search Warrant for the residence at 221 Madison Street, Wrentham, Massachusetts. (Case No. 04M-1055-JGD).

On March 23, 2004, federal agents executed the supplemental Search Warrant and seized an item from the residence at 221 Madison Street, Wrentham.

Charles William Adams has filed a Motion For Return Of Seized Property.[2] The motion contains the following assertions: (1) agents conducting the search removed some items which do not appear on the search inventory, and (2) the inventory was prepared without "at least one other 'credible person' present to witness preparation of the inventory."

## MEMORANDUM

For his first assertion, Charles William Adams filed an Affidavit which claims at ¶ 5 that items taken during the search of the residence were not included on the Inventory, including: "firearms, Massachusetts class A firearms license, private

---

[2] The motion is captioned: *CHARLES WILLIAM ADAMS, Plaintiff vs. UNITED STATES, DAVID TOY and MICHAEL J. LEAHEY, Defendants.*

2

documents including but not limited to a letter from [Marie Adams'] deceased brother's estate, insurance papers, etc."[3] During the search of the residence, federal agents observed three (3) firearms. For safety purposes where the residence would be unoccupied after departure of the federal agents, the firearms were delivered to the custody of the Wrentham Police Department. Federal agents left a note in the residence advising that the firearms had been removed and advising where they were delivered. Federal agents observed in a room described as an office, but did not remove, a Class A Firearms license. Documents relating to Marie Adams' brother were seized pursuant to the Search Warrant and are contained within a folder listed in the Inventory.[4]

Moreover, beyond a bald assertion that uninventoried items "are obviously not relevant to the investigation of the federal agents", neither the Motion nor the Affidavit of Charles William Adams present any basis for finding that seized items fall outside the items authorized to be seized pursuant to the Search Warrants. There is no legal nor factual basis upon which to order return of items seized from the residence.

Charles William Adams filed a Memorandum which claims that federal agents failed to comply with FRCrimP Rule 41(f),

---

[3] Additional claimed items, if any, are not identified.

[4] See, e.g., Search Warrant authorizing seizure, inter alia, of "any and all records and documents relating to income...."

3

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing document upon Charles William Adams, 221 Madison Street, Wrentham, MA 02093.

_____
VICTOR A. WILD
Assistant U.S. Attorney
Suite 900
One Courthouse Way
Boston, MA 02210
(617) 748-3100

5

Case 1:04-mc-10193-RWZ    Document 5    Filed 07/08/2004    Page 5 of 7

## AFFIDAVIT

### re: GOVERNMENT OPPOSITION TO MOTION FOR RETURN OF SEIZED PROPERTY

I, David Toy, Special Agent, Internal Revenue Service, duly sworn, state as follows:

1. I am a Special Agent with Criminal Investigation, Internal Revenue Service, United States Department of the Treasury, and have been so employed since May 2001. I have received training in conducting financial investigations, and I am familiar with the procedures of the Internal Revenue Service. My function as a Special Agent is to investigate criminal violations of the Internal Revenue Laws and related criminal statutes. During my career as a Special Agent, I have participated in and have conducted criminal investigations, including violations of Title 26, United States Code, Section 7201 (Tax Evasion), Title 26, United States Code, Section 7203 (Failure To File), Title 18, United States Code, Section 371 (Conspiracy), and Title 18, United States Code, Section 1341 (Mail Fraud). I have also assisted in the execution of search warrants for personal and business records relevant to ongoing criminal investigations.

2. On March 19, 2004, before United States Magistrate Judge Judith G. Dein, I executed an Application and Affidavit For Search Warrant in re: 221 Madison Street, Wrentham, Massachusetts, the residence of Charles Adams and Marie Adams.

3. On March 19, 2004, Magistrate Judge Dein issued a Search Warrant re: 221 Madison Street, Wrentham, Massachusetts under Case No. 04M-1053-JGD.

4. On March 23, 2004, federal agents executed the search warrant at 221 Madison Street, Wrentham, Massachusetts; I was present during the execution of the Search Warrant at that location.

5. Upon arrival at the residence federal agents observed two vehicles parked in the driveway. These were the vehicles believed to be driven by Charles Adams and Marie Adams. Federal agents believed that one or both of the Adams' was at home. Before entering the residence at 221 Madison Street, Wrentham, Massachusetts, federal agents knocked on the doors to the residence several times, but received no reply. In order to obtain entry to the residence and execute the Search Warrant, federal agents made forcible entry through the front door by bending an interior slide bolt.

6. While executing the Search Warrant, federal agents observed several firearms. Because the residence would be unoccupied upon departure of the federal agents, the firearms were secured and delivered to the Wrentham Police Department. A note advising that the weapons were in the possession of the Wrentham Police Department was left in the residence.[1]

7. While executing the Search Warrant, federal agents observed in plain view a binder entitled "The Use and Advantages of Pure Trust Organizations."

8. On March 23, 2004, before United States Magistrate Judge Judith G. Dein, I.R.S. Special Agent Michael Leahey executed a supplemental Application and Affidavit For Search Warrant in re: 221 Madison Street, Wrentham, Massachusetts as to one item: a binder entitled "The Use and Advantages of Pure Trust Organizations."

9. On March 23, 2004, Magistrate Judge Dein issued a supplemental Search Warrant re: 221 Madison Street, Wrentham, Massachusetts under Case No. 04M-1055-JGD.

10. On March 23, 2004, federal agents executed the supplemental Search Warrant at 221 Madison Street, Wrentham, Massachusetts and recovered one item: a binder entitled "The Use and Advantages of Pure Trust Organizations."

11. On March 23, 2004, I.R.S. Special Agent Christopher Waskey was present during the execution of the two Search Warrants at 221 Madison Street. In my presence Special Agent Waskey prepared and verified two Inventor(ies) Listing of All Items Seized At Search Warrant Site, identifying materials seized pursuant to each Search Warrant.

12. I also verified the two Inventories.

13. With regard to the supplemental Search Warrant for a binder entitled "The Use and Advantages of Pure Trust Organizations", the Inventory indicates that the Warrant was executed between 5:30 and 6:00 p.m. on March 23, 2004.

14. On March 31, 2004, I filed the two Inventories with Magistrate Judge Dein.

```
                                    _____
                                    DAVID TOY
                                    Special Agent
                                    Internal Revenue Service
```

Subscribed and sworn to before me this 14th day of May, 2004.

```
                                    _____
                                    NOTARY PUBLIC
```

My Commission Expires:

10/29/04

---

[1] The Chief of the Wrentham Police Department subsequently advised that he revoked the Class A Firearms Licenses issued to Charles William Adams and Marie Adams.