# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

CHARLES WILLIAM ADAMS,

    Unrepresented Plaintiff,

    -vs-

UNITED STATES,
DAVID TOY and
MICHAEL J. LEAHEY

    Defendants

Case Nos.   04M-1053-JGD
             04M-1055-JGD

## MOTION FOR RETURN OF SEIZED PROPERTY

    I, Charles William Adams, a living soul created by The Creator as the unrepresented Plaintiff am competent to testify with first hand knowledge to the facts contained herein and with clean hands files this motion under First Amendment Rights to redress for the return of property taken by federal agents pursuant to two search warrants issued under case numbers 04M-1053_JGD and 04M-1055-JGD. Plaintiff is unrepresented and not of oath or an attorney, acting against Defendants and waives no rights known or unknown, stated or unstated. Plaintiff is a Sovereign and not a member of the Body Politic nor is he subject to the code which is designated as to limit and define government. (*Yick Wo v. Hopkins* 118 U.S. 356, 370)

    Plaintiff will not be responsible for the cost of any other party than himself.

If this motion and the supporting documentation are filed in the improper jurisdiction or venue the court is to move it to the proper court.

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See ***Haines v. Kerner*, 404 US 519-521 (1972): *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..." Platsky v. CIA*, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."***

Plaintiff submits this Motion and an Affidavit and a Memorandum in support of this Motion and his of the 4th Amendment Rights of the Plaintiff and that the Plaintiff can show reason why this court should grant an order quashing any and all search warrants issued in the above cases and order return of property seized. The warrant 04M-1053-JGD is so broad as to include every document and device a modern business may use without justification for seizing records and documents relating to legitimate activities (*United States v. Stubbs*, 873 F.2d 210, 212) and there were no affidavits attached to nor included with the warrants in question (*Center Art Galleries-Hawaii, Inc. v. United States*, 875 F.2d 747, 750 (9th Cir. 1989)) nor yet made available after multiple inquiries for it or them by the Plaintiff.

Plaintiff preserves his right to move to suppress the items seized, since all the documents of these cases—dockets included—have been sealed according to the Clerks of the United States District Court. As such, Plaintiff has no knowledge as to the reason or purpose of the search and seizure, or even if civil and/or criminal proceedings against Plaintiff are pending and/or are intended in the future.

### Demand For Relief

**Wherefore, Plaintiff demands this court execute the included proposed order within 30 days** to suppress search warrant 04M-1053-JGD as being defective on its face due to the illegal rummaging and seizer of items and things not in the aforementioned search warrants leaving no discretion of the government agents seizing such items and both warrants 04M-1053-JGD and 04M-1055-JGD as no copy of the affidavits supporting the warrant was attached to the warrants or even left for the Plaintiff and is still not available to him and **order the Government to immediately return all property seized and suppress any evidence that may be the fruits of this unlawful search and seizure.**

Respectfully submitted this 12th day of May, 2004,


Charles William Adams, Plaintiff
221 Madison Street
Wrentham, Massachusetts 02093

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age

of 21, do hereby certify that a true copy of the following documents:

1.    MOTION FOR RETURN OF SEIZED PROPERTY;

2.    MEMORANDUM IN SUPPORT OF MOTION FOR RETURN OF SEIZED

      PROPERTY;

3.    AFFIDAVIT OF CHARLES WILLIAM ADAMS IN SUPPORT OF MOTION

      FOR RETURN OF SEIZED PROPERTY;

4.    NOTICE OF NON-LIABILITY FOR FILING AND PAYING INCOME

      TAXES;

5.    ASSEVERATION AND DECLARATION OF OATH PURGATORY AND OF

      STATUS AND MIRANDA WARNING; and,

6.    PROPOSED ORDER TO RETURN PROPERTY; and,

have been served on May 12, 2004, via my own hand to the Clerk of the US District

Court and via Certified Mail to each of the other four parties listed on the last page:


DELIVERED BY MY OWN HAND
Clerk, United States District Court for Massachusetts
Eastern Division
One Courthouse Way
Boston, Ma. 02210-3002

4

CERTIFIED MAIL # 7003 3110 0005 2905 4662
Commissioner Mark Everson, Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C.  20224


CERTIFIED MAIL # 7003 3110 0005 2905 4648
John Ashcroft
U.S. Attorney General
Tenth and Constitution Avenue, N.W.
Washington, D.C. 20530


CERTIFIED MAIL # 7003 3110 0005 2905 4655
Michael J. Sullivan
Office of the United States Attorney
District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210


CERTIFIED MAIL # 7003 3110 0005 2905 4631
David Toy, IRS Agent, CID
120 Front Street
Worcester, Massachusetts 01608


CERTIFIED MAIL # 7003 3110 0005 2905 4624
Michael J. Leahey, IRS Agent, CID
JFK Federal Bldg. Room 1000
25 New Sudbury Street
Boston, Massachusetts  02203


Charles William Adams, Plaintiff

5

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM ADAMS, | &#124; |
| | &#124; |
|     Unrepresented Plaintiff, | &#124; |
| | &#124;    Case Nos.   04M-1053-JGD |
|     -vs- | &#124;                     04M-1055-JGD |
| | &#124; |
| UNITED STATES, | &#124; |
| DAVID TOY and | &#124; |
| MICHAEL J. LEAHEY. | &#124; |
| | &#124; |
|     Defendants. | &#124; |

# ORDER

Having reviewed the Plaintiffs' Motion for Return of Property, this Court finds that said Motion is well taken, and it is hereby granted.

It is hereby ORDERED that the property seized from the premises of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004, be returned without any unnecessary delays by the Defendant or their agents to the current home of the Plaintiff. In no event shall the property be returned any later than five (5) business days from the filing of this ORDER by the clerk of this court. Items taken that were not listed on the receipt filed with this court are also to be returned.

GIVEN UNDER MY HAND this ____ day of _____, 2004, at ____o'clock ___.m.

_____