# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

CHARLES WILLIAM ADAMS,

    Unrepresented Plaintiff,

-vs-                        Case Nos.   04M-1053-JGD
                                                04M-1055-JGD

UNITED STATES,
DAVID TOY and
MICHAEL J. LEAHEY,

    Defendants.

## AFFIDAVIT OF CHARLES WILLIAM ADAMS IN SUPPORT OF MOTION FOR RETURN OF SEIZED PROPERTY

I, Charles William Adams, do hereby depose and state as follows:

1.    I am a living soul created by The Creator and am a citizen of the Commonwealth of Massachusetts and over the age of twenty one (21) years.

2.    I, my wife and children currently live in a home located at 221 Madison Street, Wrentham, Massachusetts.

3.    IRS agent David Toy obtained a search warrant from the United States District Court for the District of Massachusetts (Case Number 04M-1053-JGD). The warrant was served on March 23, 2004. On March 23, 2004 at 5:30 PM IRS agent Michael Leahey obtained a second warrant that according to the inventory

was served on March 23, 2004 at 5:00 PM (Case Number 04M-1055-JDG) thirty minutes before being signed by Magistrate Judge Judith G. Dein.

4. When the two warrants were executed, neither I, nor my wife nor my children were in Massachusetts. The house was unoccupied at the time that the warrants were served. .

5. There were items which did not appear on the receipt for the property that were taken in the search pursuant, mostly items that are obviously not relevant to the investigation of the agents involved in the search and seizure. Such items include firearms, blank checks, Massachusetts class A firearms license, Trusts, private documents including but not limited to a letter from my wife's deceased brother's estate, insurance papers, and an automobile title. These were not items listed to be seized in the search warrant.

6. Of all the documentation of the searches and seizures, and to the knowledge of all those who were involved in or otherwise witnessed the search and seizure, it is clear that there never was a disinterested, credible person to witness the taking of items from the house and the preparation of an inventory or receipt, as required by Rule 41 of the Federal Rules of Criminal Procedure.

7. There was no affidavit either attached to the search warrant nor left in my residence and to date I still have not received a copy of the affidavit supporting this search nor been able to obtain one from the Clerk of the Court.

8. The search warrant 04M-1053-JGD is so broad as to include every item used by a modern business and lacks specificity demanded by the fourth amendment to the Constitution for the United States of America.

9. I am not liable for the Federal Income Tax this year, I have not been liable in prior years, nor do I expect to be liable in the foreseeable future. If I do become liable in the future, I will file a return.

I swear that the foregoing is correct and true to the best of my knowledge, information and belief.

Dated this /2 day of May, 2004,

_____
Charles William Adams, Unrepresented Plaintiff
221 Madison Street
Wrentham, Massachusetts 02093

Subscribed and sworn to before me, a Notary Public, of the Commonwealth of Massachusetts County of ___Norfolk___, this /2 day of May, 2004, that the above named person did appear before me and was identified to be the person executing this document.

_____
Notary Public

My Commission Expires On: __January 27, 2006__