

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

CHARLES WILLIAM ADAMS,

    Unrepresented Plaintiff,

-vs-                        Case Nos.  04M-1053-JGD
                                               04M-1055-JGD

UNITED STATES,
DAVID TOY and
MICHAEL J. LEAHEY

    Defendants

## MOTION FOR SUMMARY JUDGEMENT

I, Charles William Adams, a living soul created by The Creator as the unrepresented Plaintiff am competent to testify with first hand knowledge to the facts contained herein and with clean hands files this motion under First Amendment Rights to redress for the return of property taken by federal agents pursuant to two search warrants issued under case numbers 04M-1053_JGD and 04M-1055-JGD. Plaintiff is unrepresented and not of oath or an attorney, acting against Defendants and waives no rights known or unknown, stated or unstated. Plaintiff is a Sovereign and not a member of the Body Politic nor is he subject to the code which is designated as to limit and define government. (*Yick Wo v. Hopkins* 118 U.S. 356, 370)

Plaintiff will not be responsible for the cost of any other party than himself.

11

If this motion for summary judgment is filed in the improper jurisdiction or venue the court is to move it to the proper court.

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, **404 US 519-521 (1972)**: *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* *Platsky v. CIA*, **953 F.2d 26 28 (2d Cir. 1991)**, *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

Plaintiff will soon be moving from 221 Madison Street, Wrentham Massachusetts and demands all correspondences be addressed to him at PO Box 781, Norwood Massachusetts 02093.

WHEREAS the United States has not responded within 14 days of the Plaintiff's motion with the date of service of May 12, 2004 to quash the search the Plaintiff submits this Motion for Summary Judgment per local rule 7.1 of the Local Rules for this court for the court to find the United States in default with prejudice.

## Demand For Relief

**THEREFOR, Plaintiff respectfully demands this court execute the included proposed order within 30 days** to suppress search warrant 04M-1053-JGD as being defective on its face due to the illegal rummaging and seizer of items and things not in the aforementioned search warrants leaving no discretion of the government agents seizing such items and both warrants 04M-1053-JGD and 04M-1055-JGD as no copy of the affidavits supporting the warrants was attached to the warrants or even left for the Plaintiff and is still not available to him and **order the Government to immediately return all property seized and suppress any evidence that may be the fruits of this unlawful search and seizure.** Furthermore, in light of the time, trouble, inconvenience, emotional distress and costs this defense of the God given rights of the Plaintiff also demands this court **award usual and customary costs** for defending against these actions to the Plaintiff.

Respectfully submitted this 7th day of June, 2004,

_____
Charles William Adams, Unrepresented Plaintiff
221 Madison Street
Wrentham, Massachusetts  02093

3

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. MOTION FOR SUMMARY JUDGMENT;

2. PROPOSED ORDER;

3. CERTIFICATE OF SERVICE; and,

Have been served on June 7, 2004, via Registered Mail to the Clerk of the US District Court and via Certified Mail to each of the other five parties listed subsequently thereafter:

REGISTERED MAIL # RC 007 432 650 US
Clerk, United States District Court for Massachusetts
Eastern Division
One Courthouse Way
Boston, Ma. 02210-3002


CERTIFIED MAIL # 7003 3110 0005 2905 4570
Commissioner Mark Everson, Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C. 20224


CERTIFIED MAIL # 7003 3110 0005 2905 4587
John Ashcroft
U.S. Attorney General
Tenth and Constitution Avenue, N.W.
Washington, D.C. 20530

4

CERTIFIED MAIL # 7003 3110 0005 2905 4563
Michael J. Sullivan
Office of the United States Attorney
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02210


CERTIFIED MAIL # 7003 3110 0005 2905 4594
David Toy, IRS Agent, CID
120 Front Street
Worcester, Massachusetts 01608


CERTIFIED MAIL # 7003 3110 0005 2905 4556
Michael J. Leahey, IRS Agent, CID
JFK Federal Bldg. Room 1000
25 New Sudbury Street
Boston, Massachusetts 02203


*/s/ Charles William Adams*
Charles William Adams, Unrepresented Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM ADAMS, Unrepresented Plaintiff, -vs- UNITED STATES, DAVID TOY and MICHAEL J. LEAHEY. Defendants. | Case Nos.   04M-1053-JGD 04M-1055-JGD |

## ORDER

Having reviewed the Plaintiffs' Motion for Return of Property, this Court finds that said Motion is well taken, and it is hereby granted.

It is hereby ORDERED that the property seized from the premises of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004, be returned without any unnecessary delays by the Defendant or their agents to the current home of the Plaintiff. In no event shall the property be returned any later than five (5) business days from the filing of this ORDER by the clerk of this court. Items taken that were not listed on the receipt filed with this court are also to be returned. This court also orders the award of usual and customary costs for defending against these actions in the amount of _____ to the Unrepresented Plaintiff, Mr. Charles William Adams to be paid in less than 60 days.

GIVEN UNDER MY HAND this ____ day of _____, 2004, at ____ o'clock ___.m.

United States District Court