**SEALED**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re:  Search of | ) | NOS.  04M-1053-JGD |
| 221 Madison Street | ) | 04M-1055-JGD |
| Wrentham, Massachusetts | ) |  |
|  | ) |  |

## PROCEDURAL ORDER

June 17, 2004

DEIN, U.S.M.J.

Charles William Adams has filed two motions for return of seized property

pursuant to Fed. R. Crim. P. 41(f) and a related motion for summary judgment in

connection with search warrants issued by this court. This court does not have the

authority to grant the relief requested under 28 U.S.C. § 636. Therefore, these motions

must be brought to the Miscellaneous Business Docket.

Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

The entire matter is referred to
Magistrate Judge Dein for a Report
and Recommendation.

(Rya W Zobel)
7/9/04

12