SCANNED
DATE: 06/05/04
SLY
BY:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUL 24  P 4:38
DISTRICT OF MASS.

In Re: The Search of          )
                              )    CASE NO. 04M-1053-JGD
221 Madison Street            )
                              )    CASE NO. 04M-1055-JGD
Wrentham, Massachusetts       )
                              )    **04**MBD **10193**
                              )

### GOVERNMENT'S MOTION FOR EXTENSION OF TIME
### TO FILE GOVERNMENT'S OPPOSITION TO
### *SECOND* MOTION FOR RETURN OF SEIZED PROPERTY

The United States moves this Court for an extension of time
until on or before July 9, 2004 to file its opposition to Charles
William Adams' **second** motion for return of property.  As basis
for this motion, the Government submits the following:

On March 23, 2004, the residence at 221 Madison Street,
Wrentham, Massachusetts was searched by federal agents pursuant
to Search Warrant(s) issued under the caption *In Re: The Search
of 221 Madison Street, Wrentham, Massachusetts*, Case No. 04M-
1053-JGD and Case No. 04M-1055-JGD.

On or about April 19, 2004, Charles William Adams filed a
Motion For Return of Property.  That motion was filed under the
caption *Charles William Adams v. United States, David Toy and
Michael J. Leahey.*  When the motion, in such civil format, was
received by the U.S. Attorney's Office, it was referred to the
Civil Division of the U.S. Attorney's Office, which had no record
of the case matter.  After a period of time, the undersigned
Assistant U.S. Attorney learned from IRS Special Agent Toy that
the agent had received the motion.  The undersigned Assistant
U.S. Attorney obtained the material from the Civil Division.

The Government filed an opposition to the Motion For Return
of Property on May 14, 2004, under the caption *In Re: The Search
of 221 Madison Street, Wrentham, Massachusetts*, Case No. 04M-
1053-JGD and Case No. 04M-1055-JGD.

/3

On or about June 3, 2004, Charles William Adams filed a "Reply - Motion For Return of Seized Property" which referenced his original motion and the Government's Opposition.

It now appears that on or about May 12, 2004 Charles William Adams filed a second Motion for Return of Property. When a copy of that motion, in civil format, was received by the U.S. Attorney's Office it was also initially referred to the Civil Division of the U.S. Attorney's Office. In his Reply filed on June 3, 2004, Charles William Adams did not reference his second Motion filed on May 12, 2004.

It appears that the subsequent Motion for Return of Property is a reiteration of the earlier Motion for Return of Property, but that certain assertions in the accompanying Memorandum In Support compel a response from the Government.

WHEREFORE, the Government moves this Court for an extension of time until on or before July 9, 2004, for the Government to file its Opposition to Charles William Adams' **second** motion for return of property.

The Government further moves this Court to direct Charles William Adams to hereafter address Government materials concerning this criminal investigation to the attention of the undersigned Assistant U.S. Attorney.

Respectfully submitted this 24th day of June, 2004.

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:     _____
                                VICTOR A. WILD
                                Assistant U.S. Attorney
                                Suite 900
                                One Courthouse Way
                                Boston, MA 02210
                                (617)748-3100

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing
document upon Charles William Adams, 221 Madison Street,
Wrentham, MA 02093 **and** P.O. Box 781, Norwood, MA 02093.

VICTOR A. WILD
Assistant U.S. Attorney

3