UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: The Search of<br><br>221 Madison Street<br>Wrentham, Massachusetts | ) <br>) **CASE NO. 04-mc-10193**<br>)<br>) **FILED UNDER SEAL**<br>)<br>) |

**GOVERNMENT'S FURTHER MOTION FOR EXTENSION OF TIME
TO FILE GOVERNMENT'S OPPOSITION TO
SECOND MOTION FOR RETURN OF SEIZED PROPERTY**

The United States moves this Court for an extension of time until on or before August 13, 2004 to file its opposition to Charles William Adams' second motion for return of property. As basis for this motion, the Government submits the following:

1. The Government sought an earlier extension of time to file its opposition to Adam's second motion for return of property;

2. The Government was subsequently informed that the Adams pleadings were not properly filed and were not properly pending before the Court;

3. On Thursday, July 15, 2004, the Government received electronic notice of various filings by Adams;

4. On Thursday, July 15, 2004, the Government received notice that the Adams pleadings had been filed in the district court as MBD matters;

5. On Thursday, July 15, 2004, the Government received notice that the pending matters had been referred by the district court to U.S. Magistrate Judge Dein;

6. On Thursday, July 15, 2004, the Government was informed that Adams had filed a "motion for summary judgment" -- a matter the assigned Assistant U.S. Attorney has yet to receive;

[handwritten in left margin: 7/22/04 Allowed Judith Gail Dein, USMJ]

/14

7.  The Government is in the process of collecting copies of the various pleadings filed by Adams.

WHEREFORE, the Government moves this Court for an extension of time until on or before August 13, 2004, for the Government to file its Opposition to Charles William Adams' second motion for return of property.

Respectfully submitted this 20th day of July, 2004.

                          MICHAEL J. SULLIVAN
                          United States Attorney

By: _____
     VICTOR A. WILD
     Assistant U.S. Attorney
     Suite 900
     One Courthouse Way
     Boston, MA 02210
     (617)748-3100

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing document upon Charles William Adams, 221 Madison Street, Wrentham, MA 02093 **and** P.O. Box 781, Norwood, MA 02093.

_____
VICTOR A. WILD
Assistant U.S. Attorney

2