IN THE UNITED STATES OF AMERICA

DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charles William Adams | ) | USDC Case Number: 04-MC-10193 |
| | ) | |
| Plaintiff, unrepresented | ) | Search Warrant: 04M-1053-JGD |
| v. | ) | Search Warrant: 04M-1055-JGD |
| | ) | |
| INTERNAL REVENUE SERVICE | ) | **First Amendment Redress** |
| AKA IRS, AKA the IRS | ) | **Controversy and Complaint** |
| David Toy | ) | |
| Michael Leahey | ) | Filed:  6 August, 2004 |
| Defendants | ) | |

---

## EMERGENCY PETITION

## FOR

## DECLARATORY JUDGMENT

---

**Clerk please take notice to put the chambers copy before the judge for action upon the petition in chambers, at their earliest convenience, without oral argument, and as a matter of law, *but not later than two weeks from filing.***

Under the First Amendment right to redress, Charles William Adams, Sui Juris, Plaintiff, under threat, duress and coercion, *has petitioned and invoked* the jurisdiction of this Court pursuant to the *First Amendment right to redress* to squarely challenge jurisdiction and venue, give declaratory judgment to the controversy and award Plaintiff/Demandant costs, damages and a return of property taken March 23, 2004 as the result of the Plaintiff having been injured and compelled to expend needless time, energy and money to bring this unnecessary action.  Plaintiff also demands remedy in the form of declarations, as a right to know where he stands in relationship to his created government and public servants, *where a controversy is shown to exist in that among others, the United States has created an alleged debt against the Plaintiff/Demandant in the form of a penalty or bill of attainder or pains and penalties and has waged a campaign of mixed war by invading the home of the Plaintiff on March 23, 2004.*

*If this case is in an improper jurisdiction, venue, or court, the court will <u>inform Plaintiff</u> of such proper jurisdiction, venue or court, and <u>MOVE THE CASE</u> to a court of proper jurisdiction or venue, such that proper and complete remedy may be provided.*  In the case of any denial of remedy, this court will inform the Plaintiff/Demandant of the proper court and procedure to obtain relief.  If the judge finds cause of lack of authority to provide remedy, it shall be documented in writing with a finding of fact and conclusions at law.  *<u>The declatory judgment being necessary to establish standing for First Amendment Redress, can be done in chambers without oral argument, shall be the first order of business and shall be moved up on the calendar to the earliest possible date, to establish proper standing to obtain complete remedy</u>.*

Plaintiff is entitled to be held to a less stringent standard than professional attorneys.  See *Haines v. Kerner*, 404 US 519-521 (1972): *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call*

*for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* Platsky v. CIA, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

Charles William Adams is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevent to this cause.

Charles William Adams has never <u>knowingly</u> represented himself as an artificial entity, and revokes any spelling of his name as CHARLES ADAMS or CHARLES WILLIAM ADAMS in all upper case, *is* not of the body corporate or politic, not a mariner, Indian, nor an officer, or elected official of any government or corporation, nor has any trade or business effectively connected with any government, nor is involved in interstate commerce or criminal activity crossing state lines.

Charles William Adams is a creation of God (The Creator) only, a free agent; knowingly, intentionally nor willfully by any agreement being a slave or peon; have never, knowingly, willfully, intentionally, or voluntarily given power of attorney, appointment, or agency to any other party except Business Management Systems and his period of service to his country in the United States Air Force, be it government, person, organization, or any other entity. Any act or form bearing my signature or shrewd entrapments, that I have unwittingly endorsed or entered into by shrewd entrapments or fraud, I hereby REVOKE, release, cancel, *Ab Initio* and *Nunc Pro Tunc*, including but not all inclusive, all registrations, certificates, appointments, any implied contracts or adhesions entered into by any provision of "color (counterfeit) of law", without

specific Notice of Intent, government, or shrewd entrapment of commercial enterprise or government now or in the future and consider all such signatures or adhesions null and void.

Adverse citations of law, in this case, are applicable inasmuch as they apply to flesh and blood Man. Adverse citations of cases involving corporations or other artificial entities, are not acceptable unless they can be shown to be based upon God's law to His created Man; brought by First Amendment right to seek redress; for willful, intentional, or by gross neglect; and involving an evident and provable injury. The basis for use of citations must comply with the principle that Man is the superior, creator of government and corporations are creations of government and man. Positive citations involving artificial entities may apply.

Plaintiff/Demandant being about his own business, unrepresented, therefore is not subject to formal procedures of rules and law, unless the court declares that Plaintiff/Demandant is a slave of the government overruling *Yick Wo v. Hopkins, 118 US 356.* Plaintiff/Demandant has a right to complete *common law determination of status*, determination of the issues by law and *equity*, right to redress, and right to appeal by Writs. At no time does Plaintiff waive any rights; as such deprivation would be under fraud, threat, duress and coercion. Plaintiff does not owe the government a debt, and any debt created by a third party is not Plaintiff's responsibility to pay. Plaintiff will not be liable for or to the defense of this case for any fees or expenses incurred by an adverse party.

It is clear that the IRS comes before this court with *unclean hands, treating the Petitioner as a slave of his created government, denying due process and thereby creating a controversy, conflict of law and impossibility at law, that the IRS never proved to have the required subject matter, personum and rem jurisdiction,* that

Defendant's employees extorted payment under threat, duress, coercion and intimidation that Plaintiff pay the amount demanded but REFUSING to cite the law/statute that made Plaintiff/Demandant liable for and required to pay any amount related to income tax, Subtitle A, that Defendant's employees are *attempting to punish Plaintiff/Demandant for the "alleged" violation of a law/statute ("liability" and "requirement" to pay income tax, Subtitle A) that Defendant is not able to and REFUSES to cite*, that at the Collection Due process Hearing (CDPH), Agents of the Defendant could not and would not cite a law or statute or nexus that made the Plaintiff/Defendant liable for these taxes and that CDPH is a fraud and a mockery. It is also clear that the Plaintiff/Demandant's public servants who issued the "determination" at issue had no jurisdiction/venue basis in law or fact to issue such a "determination." For at least seven years the Plaintiff has first requested then demanded the IRS show the law that makes the Plaintiff liable and finally the IRS answered with the Individual Master File kept on the Plaintiff and an armed home invasion on March 23, 2004 which the Plaintiff can only assume is in connection to these ongoing inquiries since he can not get a copy of the affidavit used to secure search warrants 04M-1053-JGD and 04M-1055-JGD. The IRS has ignored all lawful demands and they are now included as exhibits to this motion and in doing so they have defaulted by their silence to agreeing with the position of the Plaintiff that indeed there are no laws making the Plaintiff liable, there is no nexus that made the Plaintiff liable and there is no jurisdiction making the Plaintiff liable. For the convenience of the court the please see the schedule or listing of these exhibits following this paragraph. However, in doing so, the IRS has permanently injured the Plaintiff, they have compelled him to expend a good deal of time, money and energy in *trying to correct the records and* having to further litigate their fraudulent "determination" in order to prevent *an unlawful* seizure of his property by the Defendant *unlawfully invoking* Code Section 6331 in total violation of the Internal Revenue Code which unequivocally states that *no IRS internal REVENUE officer/agent by whatever*

_term designated is authorized to seize property in connection with income tax,_
_Subtitle A._ Therefore, based on all of the above controversies and the refusal of
IRS employees to "hew to the law", thus making themselves outlaws, Plaintiff
demands that this court _provide declaratory judgment remedy to bring the_
_issues to an end._

## SCHEDULE OR LISTING OF DEFAULTED/IGNORED DEMANDS

Exhibit A – Sent 11 June, 2004 – Verification of Authority

Exhibit B – Sent 14 July, 2004 – Follow Up of Exhibit A and Notice of Default

Exhibit C – Sent 1 July, 2004 – FOIA & PA Request for Documents

Exhibit D – Sent 9 April, 2004 – Privacy Act request for proof of jurisdiction or
nexus

Exhibit E – Sent 5 May, 2004 – Follow Up of Exhibit D

Exhibit F – Sent 7 June, 2004 – First Amendment Admin. Complaint For
Redress and Demand

Exhibit G – Sent 2 July, 2004 – Emergency First Amendment Default Notice

**Please review these included exhibits which proves the Plaintiff has made
every possible and reasonable effort to stop this campaign of mixed war
being waged against him by the Internal Revenue Service.**

"Silence can only be equated with fraud when there is a legal or moral duty to
speak, or when an inquiry left unanswered would be intentionally misleading...
We cannot condone this shocking conduct... If that is the case we hope our
message is clear. This sort of deception will not be tolerated and if this is
routine it should be corrected immediately.
_U.S. V. Tweel 550 F2d 297, 299-300_

"Fraud: An intentional perversion of truth for the purpose of inducing another
in reliance upon it to part with some valuable thing belonging to him or to
surrender a legal right."

*Black's 5th, 594*

## SUPPORTING MEMORANDUM OF LAW

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts. And the law is the definition and limitation of power.

...But the fundamental rights of life, liberty, and the pursuit of happiness, considered as individual possessions, are secured by those maxims of constitutional law which are the monuments showing the victorious progress of the race in securing to men the blessings of civilization under the reign of just and equal laws, so that, in the famous language of the Massachusetts Bill of Rights, the government of the commonwealth "may be a government of laws and not of men." For, the very idea that man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself." *Yick Wo v. Hopkins, 118 US 356, 370.*

Justice Douglas in *Terry v. State of Ohio, 88 S. Ct. 1868 (1889),* commenting upon police powers, said, "Yet if the individual is no longer to be sovereign, if the police can pick him up whenever they do not like the cut of his jib, if they can "seize" and "search" him in their discretion, we enter a new regime."

A Citizen deserves the respect and help of the government to protect and uphold his rights, privileges and immunities as expressed in *Wynehamer v. People, 13 N.Y. 378 (1856),* quoting " *Taylor v. Porter (4 Hill, 145),* said: "The words 'law of the land,' as here used, do not mean a statute passed for the purpose of working the wrong. That construction would render the restriction

absolutely nugatory, and turn this part of the constitution into mere [**29] nonsense."

And again: "The meaning of the section, then, seems to be, that no member of the state shall be disfranchised of any of his rights and privileges, unless the matter be adjudged against him upon trial had according to the course of the common law. It must be ascertained judicially that he has forfeited his privileges, or that some one else has a superior title to the property he possesses, before either of them can be taken from him. It cannot be done by mere legislation." Again he adds, speaking of the words "due process of law:" "If the legislature can take the property of A, and give it to B, they can take A himself and either shut him up in prison, or put him to death. But none of these things can be done by mere legislation."

In *Hale v. Henkel, 201 U.S. 43 (1906),* the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to criminate him. He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights." This case exemplifies the People as the "creator" which government is indebted to and the people have no debt to such government.

The First Amendment to the Constitution guarantees the God given and Common Law right to free speech in and out of the courts. "Any constraints or requirement to exchange property in order to exercise this right would be in

opposition to the free exercise of the right", *Murdock v. Pennsylvania, 319 US 105.* "First Amendment freedoms extend to mechanical and manual extensions of those instruments, such as press, pamphlets, placards, radio and other means of communication of the same or similar nature", *Le Baron v. Kern County Farm Labor Union, 80 F Supp 151.* "Also it is incumbent upon the party who infringes upon this right to supply the burden of proof in it's defense", *Busey v. District of Columbia, 78 AppDC 189.* See, also *Sherar v. Cullen, 481 F 945.* (This also applies to seeking redress in the courts).

Commenting upon a case of unreasonable search and seizure, Justice Bradley commented, "It is the duty of the courts to be watchful for the constitutional rights of the citizen, and against any stealthy encroachments thereon.", *Boyd v. U.S., 116 U.S. 616.*

"It is said to be the right of the citizen of this great country, protected by implied guarantees of its Constitution, "to come to the seat of government to assert any claim he may have upon that government, to transact any business he may have with it, to seek its protection, to share its offices, to engage in administering its functions. He has the right of *free access to* its seaports, through witch all operations of foreign commerce are conducted, to the sub-treasuries, land offices, and *courts of justices* in the several states... The rights to peaceably assemble and petition for redress of grievances, the privilege of the writ of habeas corpus, are rights of the citizen guaranteed by the federal Constitution." *Crandall v Nevada, 6 Wallace 35.*

## DECLARATORY REMEDY

Upon a *finding of fact and conclusions at law*, that the Plaintiff/Demandant is a slave of his created governments, thus <u>overturning</u> *Yick Wo v Hopkins, 118 US 356, 370,* and that Plaintiff/Demandant is *not entitled to due process* and

operations as a basis of code, or disclosure of what the law really says or means, then the Plaintiff/Demandant will pay the extorted amounts in dispute.

In the alternative, since there is no half pregnant in the law, if the court declares that the Petitioner is a Sovereign creator of government, not subject to the law, in harmony with *Yick Wo v Hopkins, 118 US 356, 370*, Plaintiff will demand complete remedy. Plaintiff will presume that the form of federal government has not changed since founded in Constitutional Convention as "federal" and Plaintiff is Sovereign per with *Yick Wo v Hopkins, 118 US 356, 370*, and not subject to law, unless the court declares otherwise.

If this court will overrule *Yick Wo v. Hopkins, 118 US 356* and declare the status of the Plaintiff/Demandant, as appropriate for standing in this court, as a *slave* (in the best interest of the governments or for Judicial Necessity). Plaintiff/Demandant promises to be the best slave government ever had.

In the alternative, since there is no half pregnant in the law, *declare Plaintiff a Sovereign*, creator of government, not subject to created law in the spirit of *Yick Wo v. Hopkins, 118 US 356, 370.*

If Plaintiff is declared Sovereign, superior to the artificial entity federal government, then the IRS can have no personum, nor rem jurisdiction upon Plaintiff/Demandant or his property as He is not "subject to the law", nor can the IRS have subject matter jurisdiction for the same reason as IRS is acting outside its jurisdictional limits as defined by the Constitution or delegated by the authority of congress, much less the executive branch limited power to seizure without just compensation, and Plaintiff/Demandant is due recovery of any funds erroneously paid in previous years.

**In a declaration of the sovereignty of the Plaintiff, this court shall further declare:**

1. The IRS never had statutory subject matter, personum and rem jurisdiction in any matter.

2. The IRS search of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004 to be invalid because the Defendant lacks subject matter, personum and rem jurisdiction in this matter to impose a duty upon Plaintiff/Demandant which is not within its power, the Defendant never had jurisdiction, denied due process, operated under a complete fraud by defining Plaintiff/Demandant as a subject liable when the evidence shows otherwise, Defendant is working outside the territorial limits as defined by Art. 1, Sec. 8, Cl. 17, and "federal authority" as defined in constitution convention and acting in an unlawful "national" capacity.

3. The court to issue an Order for the government to reimburse Plaintiff for all injury and costs and time expended in bringing this action and recovery of prior years of mistaken payments to the IRS for fraud violated all agreements and contracts *Ab Initio*.

4. The court to Award Plaintiff/Demandant prohibition relief to prevent IRS abuse of process and such other punitive damages as *common law and equity relief* based upon *IRS unclean hands* dictates, based on the needless time, effort, stress and property Defendant's lawless actions compelled Plaintiff to expend, including the past payments to the IRS with interest and a return of all property seized on March 23, 2004 from 221 Madison Street, Wrentham, Massachusetts.

5. The IRS acted in a RICO criminal conspiracy to defraud, threaten, duress, and coerce Plaintiff to sign IRS forms and make other payments, without authority and upon fraudulent classifications to obtain color of jurisdiction.

6. The court should compel the IRS to investigate, charge and discharge all involved, as not fit for public service.

7. That the IRS, acting as agents of the Treasury of the United States, has <u>no authority outside the limits of congressional authority as defined by Art. 1, Sec. 8, Cl. 17</u> of the Constitution of the United States of America, except to act upon the governments of the States.  In the alternative <u>*this court must overrule*</u>  *US v. Lopez 514 US 549, 115 S. Ct 1624,* and *Hagans v. Lavine, 415, US 528 at 533* and declare the source of jurisdiction defined in supreme law.

8. That the nature of the "federal" government which was defined in Constitutional Convention to only have authority to act upon the states, as opposed to "National" which would have authority to act directly upon the people, has fundamentally changed to a "National" forum and thus may dictate directly upon the people living and working in the 50 States, <u>thus overruling</u> *US v. Lopez, 514 US 549, 115 S. Ct 1624,* and *Hagans  v. Lavine, 415, US 528 at 533.*

Upon a declaration that the Plaintiff is a Sovereign, creator of government, that *any fees paid must be returned by the court,* under *Crandall v Nevada, 6 Wallace 35* and *Murdock v. Pennsylvania, 319 US 105,* this court must allow free access to the property (court) of the Sovereign, and to the offices therein, thus <u>cannot charge a  fee for exercising the First Amendment right to redress</u> unless he is represented by council. In the alternative this court must <u>overrule</u> *Crandall v Nevada, 6 Wallace 35* and *Murdock v. Pennsylvania, 319 US 105.* Plaintiff/Demandant also *seeks* a "<u>*cease and desist*</u>" order from the court to protect the Citizen and bar the IRS from further contact or collection action against Plaintiff/Demandant.

In the alternative if the court declares Plaintiff is a slave of his created government then, being that the federal government (and the IRS) is also subject to the laws of congress and must obey these laws, <u>*following declarations needed to be given to protect such slave from further abuse, as the*</u>

*government has a duty to protect its slaves under the 14th Amendment and jurisdiction/venue.*

## JURISDICTION

The IRS is an administrative agency. When jurisdiction is challenged, it must be proved. *Once Defendant's (IRS) jurisdiction is challenged, a court cannot proceed until Defendant has proven its jurisdiction. The common law holds that no issue of fact can be presented to a jury until all issues of law have been resolved. Jurisdiction is a vital issue of law that can be appealed to a higher court, barring further action by the lower courts.*

Although the court may appear to have subject matter jurisdiction, personal jurisdiction upon a state Citizen must also be present as in *Hagans v. Lavine, 415 US 528 at 533*, a civil case voided by the court; these cases reinforce the concept that federal law only can operate on federal lands or interstate in general *and jurisdiction once questioned must be proven.*

"Jurisdiction is essential to give validity to the determination of administrative agencies and where JURISDICTIONAL REQUIREMENTS ARE NOT SATISFIED the action of the agency is a NULLITY..." (emphasis added).
*City Street Improv Co. v. Pearson, 181 C 640, 185 P. (1962)*

The IRS possesses no territorial jurisdiction in the instant matter to enforce any arbitrary "overdue" tax or conduct **armed home invasions**. The true, extremely limited, territorial jurisdiction to enforce federal law within, was most recently recognized and reaffirmed in 1995 by the Supreme Court in *United States v. Lopez 514 US 549*

**Plaintiff is very aware that, pursuant to *US v. Lopez* the Defendant (IRS) is attempting to operate outside the area under exclusive federal general jurisdiction.**

Further support for this understanding is readily available from the courts: "Special provision is made in the Constitution for the cession of jurisdiction from the states over places where the federal government shall establish forts or other military works. And it is only in these places or in territories of the United States, where it can exercise a general jurisdiction".
*New Orleans v. United States, 35 U.S. (10 Pet.) 662 (1836)*

"All legislation is prima facie territorial"
*American Banana Co. v. U.S. Fruit, 213, U.S. 347 at 357-358*

"...canon of construction which teaches that legislation of Congress, unless a contrary intent appears, is meant to apply only within the territorial jurisdiction of the United States. . .
*United States v. Spelar, 338 U.S. 217 (1949)*

"The United States never held any municipal sovereignty, jurisdiction, or right of soil in Alabama or any of the new states which were formed ... "
*Pollard's Lessee v. Hagan, 44 U.S. 212 (1845)*

"It has been uniformly held that the States are separate sovereigns with respect to the Federal Government because each State's power to prosecute derives from its inherent sovereignty, preserved to it by the Tenth Amendment, and not from the Federal Government. "
*Heath v. Alabama, 474 U.S. 187*

"No sanction can be imposed absent proof of jurisdiction"
*Stanard v. Olesen, 74 S. Ct.768*

"Once challenged, jurisdiction cannot be 'assumed', it must be proved to exist."
*Stuck v. Medical Examiners, 94 Ca2d 751.211 P2s 389*

"The judicial power extends to all cases in law and equity arising under the Constitution, but these are cases actually, and not potentially, arising, and jurisdiction cannot be assumed on mere hypothesis."
*New Orleans v. Benjamin, 153 U.S. 411 (1894)*

"Jurisdiction, once challenged, cannot be assumed and must be decided."
*Maine v. Thiboutot, 100 S. Ct. 250*

"... Federal jurisdiction cannot be assumed, but must be clearly shown."
*Brooks v. Yawkey, 200 F. 2d 633*

"If any tribunal finds absence of proof of jurisdiction over person and subject matter, the case must be dismissed."
*Louisville R.R. v. Motley, 211 U.S. 149, 29 S. Ct. 42*

"Jurisdiction is essential to give validity to the determinations of administrative agencies and where jurisdictional requirements are not satisfied, the action of the agency is a nullity.."
*City Street Improv Co. v. Pearson, 181 C 640, 185 P. (1962)*
*O'Neil v. Dept. of Professional & Vocational Standards, 7 CA2d 393, 46 P2d 234*

"Failure to adhere to agency regulations may amount to denial of due process: if regulations are required by Constitution or statute."
*Curley v. United States, 791 F. Supp. 52*

"...The commerce clause... has always been understood as limited by its terms; and as a virtual denial of any power to interfere with the internal trade and business of the separate states"
*United States v. DeWitt, 76 US 41 9 Wall 4, 19 L. Ed 593*

Other cases also such as *McNutt v. G.M., 56 S. Ct. 789,80 L. Ed. 1135, Griffin v. Mathews, 310   Supp. 341, 423 F. 2d 272,  Basso v. U.P.L., 495 F 2d. 906, Thomson v. Gaskiel, 62 S. Ct. 673, L. Ed. 111,* and *Albrecht v U.S., 273 U.S. 1,* also all confirm, that, *when challenged jurisdiction must be documented, shown, and proven, to lawfully exist before a cause may lawfully proceed in the courts.*

Where the 16th Amendment contains no words of the enlargement of jurisdiction of Congress or the Federal (not a National) government beyond the limits as defined in Art. 1, Sec. 8, Cl. 17, Defendant never provided *the source of the authority they are attempting to enforce*

No constitutional sources give the Secretary of the Treasury jurisdictional authority to impose and collect an income tax upon the people living and working *within* the several sovereign states of the union, not engaged in interstate privileged activities, NOR any privileged activity.

No statute or supreme law gives jurisdiction to the executive branch to seize or coerce third parties into seizure of property or rights to property of private State Citizens not engaged in privileged activity, so to otherwise be generally subject to Federal jurisdiction, to satisfy a non judicial created debt.

"Qualified immunity defense fails if public officer violates clearly established right because a reasonably competent official should know the law governing his conduct.
*Jones v. Counce 7-F3d-1359-8th Cir 1993; Benitez v. Wolff 985-F3d 622 2nd Cir*

## APPLICATION OF LAW

*Since there is no  half pregnant in the law*,  in the absence of any law/statute  in the Internal Revenue Code  that makes Plaintiff/Demandant "liable" for income tax  and "requires" (makes  it "mandatory" for)  Plaintiff/Demandant to "pay" such income tax,   Plaintiff/Demandant petitions the court to declare that Plaintiff/Demandant has not been a   taxpayer under the Internal Revenue laws as defined by 26 USC section 7701 (14)(a) ,  that the IRS never had subject matter, personum and rem jurisdiction over the Plaintiff/Demandant or his possessions, and therefore any seizure of Plaintiff's/Demandant's property in connection with income  tax,  Subtitle A,  will be done illegally, unlawfully and will constitute fraud and   extortion under color of law.

Plaintiff/Demandant is also demanding for a "cease and desist" order  from the court to bar the IRS from further contact or collection action against Plaintiff/Demandant.


AUTHORITY TO SEIZE PROPERTY IN CONNECTION WITH INCOME TAX, SUBTITLE A

26USC 7608(a) states that "Any investigator, agent or other REVENUE officer by whatever term designated, whom the Secretary charges with the duty of enforcing any of the criminal, seizure or forfeiture provisions of Subtitle E or of any other law of the United States pertaining to the commodities subject to tax under such subtitle for the enforcement of which the Secretary is responsible..." 26USC 7608(b) states that only Special agents can be involved in the "Enforcement of laws relating to internal revenue other than Subtitle E". The term "Secretary" is defined in Sec. 7701((a)(11)(B) as being "the Secretary of the Treasury or his delegate".  Therefore, any IRS employee involved in the enforcement of sections 7608(a) or 7608(b) are "required" to have the delegated authority.

26 USC Sec. 7608(a) limits the "seizure" authority of IRS REVENUE officers or REVENUE agents <u>by whatever term designated</u> to the "Enforcement of Subtitle E and other laws pertaining to liquor, tobacco, and firearms". And Sec. 7608(b) limits the "Enforcement of laws relating to internal revenue other than subtitle E" to <u>Special Agents</u>.

There CANNOT be any Delegation Order authorizing REVENUE officers or REVENUE agents by whatever term designated to "seize" property in connection with income tax, Subtitle A. *Any such Delegation Orders would be in total VIOLATION of 26 USC 7608(a). Neither the Secretary of the Treasury nor the IRS Commissioner* would promulgate such a Delegation Order -- in open and complete violation of 26 USC section 7608(a). They NEVER did.

There is no statute in the Internal Revenue Code authorizing any IRS REVENUE officer or REVENUE agent by whatever term designated to "seize" property in connection with income tax, Subtitle A and authorizing them *<u>to either ignore or make an exception to Sec. 7608(a)</u>*.

## FURTHER DECLARATORY JUDGMENT AS SLAVE

If after complete declaratory judgment the court's ruling is that Plaintiff/Demandant is a *<u>slave and is</u> not entitled to due process* and operation as a basis of code, or disclosure of what the law really says or means, then upon such declaration of slave status, Plaintiff/Demandant will require this court to declare:

1. What specific form of constitutional "money" and its source, in which to pay the alleged debt by order of the court.
2. Plaintiff/Demandant will pay the demanded taxes in such declared form.

3. That the government has shown no legal interest in the property of the Plaintiff/Demandant, nor have IRS shown that such property has been clothed with a lawful public interest that would justify seizure

=======NOTICE=======

If this court will declare that Plaintiff/Demandant is a slave of the governments and the federal government fundamentally changed to a "National" form, then the Plaintiff/Demandant will immediately pay the current government demand of an "Income Tax" made upon him without taking any more time of this court.

Failure to make such ex parte declaratory judgment will be res judicata that the Plaintiff/Demandant is indeed a "Sovereign not subject to law", and is not generally amendable to "Federal" agencies or Congress except when on federal, Art. 1, Sec. 8, Cl. 17 property, crossing state lines in the commission of a crime or involved in interstate commerce. Interstate commerce shall be defined as the business of transportation of the goods of another across state lines unless otherwise defined by this court. All parties involved in any denial of remedy come with unclean hands upon any defense to Plaintiff's further petition for redress and as such are accomplices in conspiracy to deny rights, privileges and immunities.

Declarations are a ministerial duty upon this court and failure to grant redress in the right for the Citizen to know where he stands with his creation, government, the right to see that his creation remains within the bounds of law, and through declaration of First Amendment right to petition and obtain relief for injury by redress, will justify Writ of Mandamus/Prohibition to compel such declarations and redress. Further, denial of remedy will justify demand for removal of all public servants who conspire to deny the rights herein petitioned, *as abuse of office and violation of oaths.*

The Plaintiff/Demandant reminds this court that <u>Plaintiff enjoys a First Amendment right for redress, while the IRS, an artificial entity, enjoys no such right.</u> The <u>higher and primary duty of this court is to the unrepresented Man demandant</u>, who not only enjoys full rights and immunities, but has a right to free access to the federal offices to transact his business [see *Crandall v. Nevada, 6 Wallace 35* and Murdock *v. Pennsylvania, 319 US 105*] and receive the clarifications and declarations he seeks from this office and court. Such right of free access implies that such access is not in vain and the superior duty is to protect the Citizen from abuse of such office.

Should the court dismiss the cause for <u>lack of jurisdiction of the IRS upon the Plaintiff/Demandant</u>, it shall be so stated upon the order. If the court dismisses the action upon any motion of the Defendant, then the <u>ministerial duty to make the declarations will stand alone, as ex parte on those matters of law and facts not disputed by sworn answer or affidavit, Plaintiff's facts shall stand as truth as sworn in this verified complaint.</u> *In no way shall the court move forward in this cause until the ex parte declaratory judgments have been made such that Petitioner may know his standing in relationship to the court and his created federal government.*

Plaintiff/Demandant demands, upon any final action by the court, that the court issue a finding of facts and conclusions at law, with any such action. The court upon denial of any remedy will inform the Plaintiff/Demandant of the proper court to which a writ or appeal would lie.

<u>Any unverified or uncertified filings of adverse party in this cause cannot be used as evidence to contradict the verified filings of Plaintiff.</u> Dispositive Motions will be deemed a lack of due process.

ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )
                                 )
                                 ) ss:
                                 )
County of _Norfolk_    )

On this sixth day of August, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_Lisa Marie Rake_              _June 9 2011_
Notary Public                  My Commission Expires

I, Charles William Adams have freely hereunto set my hand this sixth day of August, 2004.

L.S.                           A Living Soul, Created by The Creator

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. FIRST AMENDMENT REDRESS CONTROVERSY AND COMPLAINT;
2. EXHIBIT A - SENT 11 JUNE, 2004 - VERIFICATION OF AUTHORITY;
3. EXHIBIT B - SENT 14 JULY, 2004 - FOLLOW UP OF EXHIBIT A AND NOTICE OF DEFAULT;
4. EXHIBIT C - SENT 1 JULY, 2004 - FOIA & PA REQUEST FOR DOCUMENTS;
5. EXHIBIT D - SENT 9 APRIL, 2004 - PRIVACY ACT REQUEST FOR PROOF OF JURISDICTION OR NEXUS
6. EXHIBIT E - SENT 5 MAY, 2004 - FOLLOW UP OF EXHIBIT D;
7. EXHIBIT F - SENT 7 JUNE, 2004 - FIRST AMENDMENT ADMINISTRATIVE COMPLAINT FOR REDRESS AND DEMAND;
8. EXHIBIT G - SENT 2 JULY, 2004 - EMERGENCY FIRST AMENDMENT DEFAULT NOTICE FOR EXHIBIT F;
9. CERTIFICATE OF SERVICE; and,

Have been served on 6 August, 2004, via my own hand to the Clerk of the US District Court and via Certified Mail to each of the other six parties listed on the last page:

DELIVERED BY MY OWN HAND

Clerk, United States District Court for Massachusetts

Eastern Division

One Courthouse Way

Boston, Ma.  02210-3002

CERTIFIED MAIL # 7003 3110 0005 0858 2667

Commissioner Mark Everson, Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C.  20224

CERTIFIED MAIL # 7003 3110 0005 2906 0687
John Ashcroft
U.S. Attorney General
Tenth and Constitution Avenues N.W.
Washington, D.C. 20530

CERTIFIED MAIL # 7003 3110 0005 2906 0670
Michael J. Sullivan
Office of the United States Attorney
District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210

CERTIFIED MAIL # 7003 3110 0005 2906 0663
Victor A. Wild
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way – Suite 9200
Boston, MA 02210

CERTIFIED MAIL # 7003 3110 0005 2906 0656
David Toy, IRS Agent, CID
120 Front Street
Worcester, Massachusetts 01608

CERTIFIED MAIL # 7003 3110 0005 2906 0649
Michael J. Leahey, IRS Agent, CID
JFK Federal Bldg. Room 1000
25 New Sudbury Street
Boston, Massachusetts  02203

Charles William Adams, Plaintiff