IN THE UNITED STATES OF AMERICA

DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

WRIT OF QUO WARRANTO

| | | |
|---|---|---|
| Charles William Adams ) | USDC Case Number: | 04-MC-10193 |
| ) | | |
| Plaintiff, unrepresented ) | Search Warrant: | 04M-1053-JGD |
| v. ) | Search Warrant: | 04M-1055-JGD |
| ) | | |
| INTERNAL REVENUE SERVICE ) | DEMAND WRIT OF QUO WARRANTO | |
| AKA IRS, AKA the IRS ) | **"BY WHOSE AUTHORITY"** DOES THE | |
| David Toy ) | U.S. ATTORNEY REPRESENT THE IRS | |
| Michael Leahey ) | | |
| Defendants ) | Filed: 12 August, 2004 | |

**EMERGENCY PETITION**

**FOR**

**WRIT OF QUO WARRANTO**

**Clerk please take notice to put the chambers copy before the judge for action upon the petition in chambers, at their earliest convenience, <u>without oral argument</u>, and as a matter of law, *but not later than two weeks from filing.***

I AM Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court and opened case 04-MC-10193 pursuant to my First Amendment right to redress. **The IRS is a private corporation** used by the Treasury Department as a collection agency and not part of the Treasury Department itself. Often on their letterheads, an agent will label the letter as from the Treasury Department but the U.S. Supreme Court researched the issue in Chrysler v. Brown, 441 US 281 (1979), (footnote 23) and stated, "There was virtually no Washington bureaucracy created by the Act of July 1, 1862, ch. 119, 12 Stat. 432, the statute to which the present Internal Revenue Service can be traced." The Justice Department also has stated that the IRS is not a governmental agency in its court filings. This WRIT OF QUO WARRANTO is to demand **EITHER** the Office of the US Attorney CEASE AND DESIST in its illegal representation of a private corporation known as the INTERNAL REVENUE SERVICE in this case **or PROVE the Supreme Court was in error** when it wrote footnote 23 in Chrysler Corp v Brown 441 U.S. 281 (1979.

Please refer to included "Exhibit H" to which I have received no reply. In "Exhibit H" I demanded all information that the Department of Justice can produce to prove it is authorized to represent the IRS and/or IRS Agents in State and/or Federal court(s). Of course to date on this issue I have received no reply from the IRS, its agents, the Office of the U.S. Attorney in Boston nor the Office of the Attorney General in Washington, D.C. The courts have repeatedly ruled that silence is evidence of fraud. ***"Silence can be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . . We cannot condone this shocking behavior by the IRS. Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and collection activities."*** U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932 [**emphasis mine**].

Congress did not legislatively create the Internal Revenue Service or its predecessor, the Bureau of Internal Revenue as would be lawfully required of a by Article I § 8, clause 18 of the Constitution for the United States of America. See Statement of IRS organization at 39 Fed. Reg. 11572, 1974-1 Cum. Bul. 440, 37 Fed. Reg. 20960, and the Internal Revenue Manual 1100 through the 1997 edition. Therefore, per *United States v. Germaine*, 99 U.S. 508 (1879); *Norton v. Shelby County*, 118 U.S. 425, 441, 6 S.Ct. 1121 (1886), and numerous other cases that reinforce the determination "there can be no officer, either *de jure* or *de facto*, if there be no office to fill."

Via the Treasury Act of June 10, 1921, 42 Stat. 23, Congress created the General Accounting Office as an independent establishment in the legislative branch, and vested GAO with responsibility as general agent of the Treasury. See notes following 5 U.S.C. § 5512. By way of Public Laws 104-53 & 104-316 (1995/96), Congress transferred primary responsibility for paying debts owed by and collecting debts owed to the Government of the United States, including tax debts, to the Office of Management and Budget and not to the IRS. The legislation authorized OMB to delegate portions of that authority. See particularly, 110 Stat. 3826 & 3827. This begs the question, *"Why was this done?"* The answer that my research uncovers is because the **SUPREME COURT WAS RIGHT**. There is no Act of Congress, nor does any "Executive Order" giving the IRS lawful jurisdiction (Exhibit I) to operate within any of the 50 States of the Union so there can be no authority for the U.S. Attorney to represent the IRS within the 50 States of the Union.

It could be very easy to mistake the IRS for a lawful government agency because it has so many offices inside the 50 States of the Union but my research indicates they were established not by act of Congress but rather by Agreements on Coordination of Tax Administration [ACTA] with individual states. However those ACTA agreements are demonstrably fraudulent, for

example, by expressly defining "IRS" as a lawful bureau within the U.S. Department of the Treasury.

**My research has led me to an inescapable conclusion: The IRS is an organized crime extortion racket and engages in a pattern of racketeering activity in violation of 18 U.S.C. 1951 and 1961 [RICO]; Instead of representing the IRS the United States Attorney should be <u>PROSECUTING</u> the IRS.**

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, 404 US 519-521 (1972): *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* Platsky v. CIA, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

Charles William Adams is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevant to this cause.
As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the 'United States' [federal government] that the above statements of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Office of the US Attorney that is not also SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )

                                                    )

                                                    ) ss:

                                                    )

County of _Norfolk_____    )

On this twelfth day of August, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

> MARY MAXINE McINTOSH
> Notary Public
> Commonwealth of Massachusetts
> My Commission Expires
> March 14, 2008

_Mary Maxine McIntosh_
      Notary Public                                     _____

                                                          My Commission Expires

I, Charles William Adams have freely hereunto set my hand this twelfth day of August, 2004.

L.S.                                     A Living Soul, Created by The Creator

USDC Case 04-MC-10193
Exhibit H    Page 1 of 2

Monday, July 12, 2004


From: Charles William Adams
Post Office Box 781
Norwood, Massachusetts 02062


To: John Ashcroft
U.S. Attorney General
Tenth and Constitution Avenue, N.W.
Washington, D.C. 20530
CERTIFIED MAIL #7003 3110 0005 0858 2650


Cc: Michael J. Sullivan
Office of the United States Attorney
District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210


Cc: David Toy, IRS Agent, CID
120 Front Street
Worcester, Massachusetts 01608


Cc: Michael J. Leahey, IRS Agent, CID
JFK Federal Bldg. Room 1000
25 New Sudbury Street
Boston, Massachusetts  02203


Re:    FREEDOM OF INFORMATION ACT
       (Category, "Other Requestor" Please Waive Fees)


Dear Attorney General Ashcroft:

       In accord with the *Administrative Procedures Act, 5 U.S.C. §551 et seq,* you are mandated to provide me with all legally sufficient documents made pursuant to the Freedom and Information Act *5 U.S.C. 552.* **This demand is for all records that reference the authority and or authorization of the Dept. of Justice (DOJ) and or the office of the United States Attorney General to represent the Internal Revenue Service (IRS) and or IRS Agents in civil and or criminal court proceedings to be provided to me within 30 days. <u>If no such documentation is provided you have defaulted and your acquiesce proves there is no such authority and you agree that the DOJ and or the U.S. Attorney General's office cannot represent the IRS and or IRS Agents.</u>**

FOIA: DOJ To Represent IRS Agents

USDC Case 04-MC-10193
Exhibit H    Page 2 of 2

IMPORTANT NOTE: This demand for documents is made to insure that I am afforded all due process rights granted by my Creator, some of which are also guaranteed under the Constitution for the United States of America. My overall investigation corroborates that with unclean hands the IRS is guilty of repeated, intentional and inexcusable deprivation of the my most basic rights granted by God our Creator and proclaimed in the Declaration of Independence and enumerated as constitutional protections from coercive tactics which has caused me irreparable harm and great expense. **To date the IRS is in default of all information demanded under both FOIA and PA and if they proceed against me the IRS Agents and U.S. Attorney in Boston have been notified that I will be suing and or prosecuting them in their individual capacity in state and/or federal court(s). This demand for information is to verify that the Department of Justice has NO AGREEMENT to defend the IRS or IRS Agents.**

The authority for making the inquiry is: "*Whatever the form in which the Government functions, anyone entering into an arrangement with the Government takes the risk of having accurately ascertained that he who purports to act for the Government stays within the bounds of his authority...and this is so even though as here, the agent himself may have been unaware of the limitations upon his authority.*" *__Federal Crop Ins. Corp. vs. Merrill__, 332 U.S. 380 at 384 (1947); 68 S. Ct. 1; 92 L. Ed 10.*

I declare to the best of my knowledge, information and belief that the above facts are true and correct.

ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )
                                 )
                                 ) ss:
                                 )
County of _____       )


On this 12th day of July, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.


_____          _____
      Notary Public                            My Commission Expires

WHEREOF, I, Charles William Adams have freely hereunto set my hand this 12th day of July, 2004.


L.S.                                    A Living Soul, Created by The Creator

FOIA. DOJ To Represent IRS Agents

Department of Justice > USAM > Title 9 > Criminal Resource Manual
prev | next

USDC Case 04-MC-10193
Exhibit 1    Page 1 of 2

# 664 Territorial Jurisdiction

Of the several categories listed in 18 U.S.C. § 7, Section 7(3) is the most significant, and provides:

The term "special maritime and territorial jurisdiction of the United States," as used in this title, includes: . . .

(3) Any lands reserved or acquired for the use of the United States, and under the exclusive or concurrent jurisdiction thereof, or any place purchased or otherwise acquired by the United States by consent of the legislature of the State in which the same shall be, for the erection of a fort, magazine, arsenal, dockyard, or other needful building.

As is readily apparent, this subsection, and particularly its second clause, bears a striking resemblance to the 17th Clause of Article I, Sec. 8 of the Constitution. This clause provides:

The Congress shall have power. . . *To exercise exclusive Legislation in all Cases whatsoever*, over such District (not exceeding ten Miles square) as may, be Cession of particular States, and the acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority *over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings.*

(Emphasis added.) The constitutional phrase "exclusive legislation" is the equivalent of the statutory expression "exclusive jurisdiction." *See James v. Dravo Contracting Co.*, 302 U.S. 134, 141 (1937), citing, *Surplus Trading Co. v. Cook*, 281 U.S. 647, 652 (1930).

Until the decision in *Dravo*, it had been generally accepted that when the United States acquired property with the consent of the state for any of the enumerated purposes, it acquired exclusive jurisdiction by operation of law, and any reservation of authority by the state, other than the right to serve civil and criminal process, was inoperable. *See Surplus Trading Co. v. Cook*, 281 U.S. at 652-56. When *Dravo* held that a state might reserve legislative authority, e.g., the right to levy certain taxes, so long as that did not interfere with the United States' governmental functions, it became necessary for Congress to amend 18 U.S.C. § 7(3), by adding the words "so as," to restore criminal jurisdiction over those places previously believed to be under exclusive Federal legislative jurisdiction. *See H.R. Rep. No. 1623, 76th Cong., 3d Sess. 1 (1940); S. Rep. No. 1788, 76th Cong., 3d Sess. 1 (1940).

*Dravo* also settled that the phrase "other needful building" was not to be strictly construed to include only military and naval structures, but was to be construed as "embracing whatever structures are found to be necessary in the performance of the function of the Federal Government." *See James v. Dravo Contracting Co.*, 302 U.S. at 142-43. It therefore properly embraces courthouses, customs houses, post offices and locks and dams for navigation purposes.

The "structures" limitation does not, however, prevent the United States from holding or acquiring and having jurisdiction over land acquired for other valid purposes, such as parks and irrigation projects since Clause 17 is not the exclusive method of obtaining jurisdiction. The United States may also obtain

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. WRIT OF QUO WARRANTO;
2. EXHIBIT H - SENT 12 JULY, 2004 - VERIFICATION OF AUTHORITY FOR THE U.S. ATTORNEY TO REPRESENT THE IRS;
3. EXHIBIT I - EXCERPT OF US DEPARTMENT OF JUSTICE CRIMINAL RESOURCE MANUAL SECTION 644 "TERRITORIAL JURISDICTION";
4. CERTIFICATE OF SERVICE; and,

Have been served on 12 August, 2004, via United States Postal Service "Certified Mail" Return Receipt Requested to the Clerk of the US District Court and via United States "First Class" Mail to each of the other six parties listed on this and the last page:

CERTIFIED MAIL # 7003 3110 0005 2906 0724
Clerk, United States District Court for Massachusetts
Eastern Division
One Courthouse Way
Boston, Ma.  02210-3002


Commissioner Mark Everson, Internal Revenue Service
1111 Constitution Avenue N.W.
Washington, D.C.  20224


John Ashcroft
U.S. Attorney General
Tenth and Constitution Avenues N.W.
Washington, D.C. 20530

Michael J. Sullivan
Office of the United States Attorney
District of Massachusetts
One Courthouse Way
Boston, Massachusetts  02210


Victor A. Wild
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way – Suite 9200
Boston, MA 02210


David Toy, IRS Agent, CID
120 Front Street
Worcester, Massachusetts 01608


Michael J. Leahey, IRS Agent, CID
JFK Federal Bldg. Room 1000
25 New Sudbury Street
Boston, Massachusetts  02203




Charles William Adams, unrepresented Plaintiff, Sui Juris