IN THE UNITED STATES OF AMERICA DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Charles William Adams | ) | USDC Case Number: | 04-MC-10193 |
| Plaintiff, unrepresented | ) | | |
| | ) | Search Warrant: | 04M-1053-JGD |
| v. | ) | Search Warrant: | 04M-1055-JGD |
| UNITED STATES | ) | **AFFIDAVIT OF TRUTH and** | |
| INTERNAL REVENUE SERVICE | ) | **MOTION FOR SUMMARY JUDGEMENT** | |
| Defendants | ) | Filed: 14 September, 2004 | |

**IRS AGENTS ARE NOT LAWFULLY AUTHORIZED TO REQUEST SEARCH WARRANTS THEREBY COMMITTING FRAUD UPON THE COURT.**

And

**BY CARRYING FIREARMS THE IRS AGENTS ILLEGALLY EXECUTED THE SEARCH WARRANTS.**

I AM Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court for the constrained purpose of this case 04-MC-10193 pursuant to my First Amendment right to redress. **The Plaintiff claims the Internal Revenue Service (herein IRS) has no lawful authority to have its agents request search warrants nor carry firearms during the execution of search warrants not related to "Subtitle E".** If the IRS cannot prove its lawful authority to do both then the agents have knowingly acted unlawfully to intentionally damage the Plaintiff who demands the court quash the search of his home *ab initio*, order the return everything that was removed, order the restoration all licenses to help make the plaintiff whole and declare all evidence or knowledge gained to be the "fruits of the poison tree" per 18 U.S.C. 41(h).

## **LEGAL ARGUMENTS**

I

### The Search Warrant Was Not Requested By Anyone With The Lawful Authority To Do So, Therefore It Was Unlawfully Requested And Issued

IRS Agents are NOT "law enforcement officers" duly authorized to apply for or request a search warrant.

"Rule 41(a) of 18 U.S.C NOTES OF ADVISORY COMMITTEE ON RULES - 1972 AMENDMENT Subdivision (a) is amended to provide that **a search warrant may be issued only upon the request of a federal law enforcement officer or an attorney for the government.** The phrase "federal law enforcement officer" is defined in subdivision (h) in a way which will allow the Attorney General to designate the category of officers who are authorized to make application for a search warrant." **[Emphasis Mine]**

26CFR1.274-5T(k)(6)(ii) "The term law enforcement officer means an individual who is employed on a full-time basis by a governmental unit that is responsible for the prevention or investigation of crime involving injury to persons or property (including apprehension or detention of persons for such crimes), who is authorized by law to carry firearms, execute search warrants, and to make arrests (other than merely a citizen's arrest), and who regularly carries firearms (except when it is not possible to do so because of the requirements of undercover work). The term law enforcement officer may include an arson investigator if the investigator otherwise meets the requirements of this paragraph (k)(6)(ii), but **does not include Internal Revenue Service special agents.**" **[Emphasis Mine]**

Please note the blank forms downloaded from the IRS website for an agent to apply for a search warrant included with this motion as Exhibit K. These forms may be similar to those used to apply for the search warrants in question. On these forms the **requestor of the warrant is an IRS agent**.

The Code of Federal Regulations at 28CFR60.2 is very specific as to which federal officers are authorized to request the issuance of a search warrant.

This is completely spelled out in 28CFR60.2 which states specifically as follows, please note that IRS agents are NOT included in this all inclusive list.[1]

```
PART 60--AUTHORIZATION OF FEDERAL LAW ENFORCEMENT OFFICERS TO REQUEST THE
ISSUANCE OF A SEARCH WARRANT--Table of Contents

Sec. 60.2  Authorized categories.

    The following categories of federal law enforcement officers are
authorized to request the issuance of a search warrant:
    (a) Any person authorized to execute search warrants by a statute of
the United States.
    (b) Any person who has been authorized to execute search warrants by
the head of a department, bureau, or agency (or his delegate, if
applicable) pursuant to any statute of the United States.
    (c) Any peace officer or customs officer of the Virgin Islands,
Guam, or the Canal Zone.
    (d) Any officer of the Metropolitan Police Department, District of
Columbia.
    (e) Any person authorized to execute search warrants by the
President of the United States.
    (f) Any civilian agent of the Department of Defense not subject to
military direction who is authorized by statute or other appropriate
authority to enforce the criminal laws of the United States.
    (g) Any civilian agent of the Department of Defense who is
authorized to enforce the Uniform Code of Military Justice.
    (h) Any military agent of the Department of Defense who is
authorized to enforce the Uniform Code of Military Justice.
    (i) Any special agent of the Office of Inspector General, Department
of Transportation.
    (j) Any special agent of the Investigations Division of the Office
of Inspector General, Small Business Administration.
    (k) Any special agent of the Office of Investigations and the Office
of Labor Racketeering of the Office of Inspector General, Department of
Labor.
    (l) Any special agent of the Office of Investigations of the Office
of Inspector General, General Services Administration.
    (m) Any special agent of the Office of Inspector General, Department
of Housing and Urban Development.
    (n) Any special agent of the Office of Inspector General, Department
of Interior.
    (o) Any special agent of the Office of Inspector General, Veterans
Administration.
    (p) Any special agent of the Office of Inspector General, Social
Security Administration.
    (q) Any special agent of the Office of Inspector General, Department
of Health and Human Services.
```

---

[1] *INCLUSIO UNIUS EST EXCLUSIO ALTERIUS*, The inclusion of one is the exclusion of another. The certain designation of one person is an absolute exclusion of all others. 11 Coke, 58b; Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325  Black Law Dictionary Revised Fourth Edition

**Again, please note this all inclusive list from the Code of Federal Regulations does not authorize IRS agents to request search warrants.** There can be NO ARGUMENT but that the search warrant was illegally requested and this invalidates the search warrants *ab initio*.

## II
### The Search Warrants at Issue Were Illegally Executed - 26 U.S.C. 7608(b)

In the affidavit of Special Agent David Toy, Item 6(b) Agent Toy confessed, "Per standard procedure, all federal agents participating in the search were armed. At the time of entry, 9 agents make initial entry and 6 of those agents had weapons drawn for security." **IRS Agents are NOT PERMITTED BY LAW to carry firearms except when carrying out their duties of "Enforcement of Subtitle E and other laws pertaining to liquor, tobacco, and firearms".**

From The United States Code, Title 26

Sec. 7608. Authority of internal revenue enforcement officers

-STATUTE-

**a) Enforcement of subtitle E and other laws pertaining to liquor, tobacco, and firearms**

　　Any investigator, agent, or other internal revenue officer by whatever term designated, whom the Secretary charges with the duty of enforcing any of the criminal, seizure, or forfeiture provisions of subtitle E or of any other law of the United States pertaining to the commodities subject to tax under such subtitle for the enforcement of which the Secretary is responsible may -

　　**(1) carry firearms;**

　　(2) execute and serve search warrants and arrest warrants, and serve subpoenas and summonses issued under authority of the United States;

　　(3) in respect to the performance of such duty, make arrests without warrant for any offense against the United States committed in his presence, or for any felony cognizable under the laws of the United States if he has reasonable grounds to believe that the person to be arrested has committed, or is committing, such felony; and

　　(4) in respect to the performance of such duty, make seizures of property subject to forfeiture to the United States.

**(b) Enforcement of laws relating to internal revenue other than subtitle E**

　　(1) Any criminal investigator of the Intelligence Division of the Internal Revenue Service whom the Secretary charges with the duty of

```
enforcing any of the criminal provisions of the internal revenue laws, any
other criminal provisions of law relating to internal revenue for the
enforcement of which the Secretary is responsible, or any other law for which
the Secretary has delegated investigatory authority to the Internal Revenue
Service, is, in the performance of his duties, authorized to perform the
functions described in paragraph (2).

        (2) The functions authorized under this subsection to be performed by
an officer referred to in paragraph (1) are -

            (A) to execute and serve search warrants and arrest warrants, and
serve subpoenas and summonses issued under authority of the United States;

            (B) to make arrests without warrant for any offense against the
United States relating to the internal revenue laws committed in his
presence, or for any felony cognizable under such laws if he has reasonable
grounds to believe that the person to be arrested has committed or is
committing any such felony; and

            (C) to make seizures of property subject to forfeiture under the
internal revenue laws.          [Emphasis Mine]
```

Under the maxim that *the inclusion of one is the exclusion of the* other please note that the law specifically allows agents on Subtitle E enforcement of excise taxes on Alcohol, Tobacco and Firearms to arm themselves in the first provision of 26 USC 7608(a) "carry firearms" and under the maxim *INCLUSIO UNIUS EST EXCLUSIO ALTERIUS* these agents are specifically **not allowed to "carry firearms"** outside of Subtitle E enforcement activities per 26 USC 7608(b).

Under the rules of statutory construction, statutory language and terms are given their plain meaning unless otherwise defined. (See American Tobacco Co. v. Patterson, 456 U.S. 63,58 102 S.Ct. 1534, 1537, 71 L.Ed.2d 748 (1982), and Perrin v. United States, 444 U.S. 37,42 100 S.Ct. 311, 314. In this case 26 U.S.C. 7608(a) specifically grants agents enforcing liquor, tobacco and firearms taxes the authority to carry firearms, but specifically omits granting similar authority to any category of IRS agents enforcing laws not involving subtitle E taxes. NO WHERE in this or any other statue of the United States Code are IRS agents of any description granted the authority to carry firearms in the enforcement of income taxes. Therefore the IRS agents who raided the Plaintiff's home were in clear violation of 26 U.S.C. 7608(b). There can be NO ARGUMENT but that **the search warrants were illegally executed** and this invalidates the search warrants *ab initio*.

Wherefore, the IRS cannot prove its agents have any lawful authority to request search warrants nor do they have the authority to carry firearms while executing search warrants not related to "Subtitle E" therefore the agents have knowingly acted unlawfully to intentionally damage the Plaintiff who demands the court quash the search warrants of his home *ab initio*, order the immediate return everything that was removed, order the immediate restoration all licenses to help make the plaintiff whole and declare all evidence or knowledge gained to be the "fruits of the poison tree" per 18 U.S.C. 41(h).

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, 404 US 519-521 (1972):

*"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* *Platsky v. CIA*, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

The Plaintiff, Charles William Adams is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevant to this cause.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the 'United States' [federal government] that the above statements of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Office of the US Attorney that is not also

SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

## ACKNOWLEDGEMENTS

Commonwealth of Massachusetts  )
                                )
                                ) ss:
                                )
County of _Norfolk_             )

On this fourteenth day of September, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_____           _10/17/2008_
Notary Public                        My Commission Expires


I, Charles William Adams have freely hereunto set my hand this fourteenth day of September, 2004.

L.S.                                A Living Soul, Created by The Creator

# United States District Court

## (ENTER JUDICIAL DISTRICT)

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

I _____ being duly sworn depose and say:

I am a(n) Special Agent, Criminal Investigation Internal Revenue Service, U.S. Treasury   and have reason to believe
　　　　　　　　　　　Official Title

that ☐ on the person of or ☐ on the property or premises known as (name, description and/or location)

in the Judicial District of (ENTER JUDICIAL DISTRICT)
there is now concealed certain property, namely

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title _____ United States code, Section(s) _____
The facts to support a finding of Probable Cause are as follows:

Continued on the attached sheet and made a part hereof.  ☐ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me, and
subscribed in my presence

_____ at _____
Date                                City and State

**United States Magistrate Judge**
Name and Title of Judicial Officer        Signature of Judicial Officer

Page 1 of 2

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. THIS MOTION ;

2. EXHIBIT K, TWO-SIDED BLANK EXAMPLE OF FORMS USED BY IRS AGENTS TO REQUEST SEARCH WARRANTS DOWNLOADED FROM THE IRS WEB PAGE;

3. CERTIFICATE OF SERVICE; and,

Have been served on 14 September, 2004, via United States Postal Service "Certified Mail" Return Receipt Requested to the Clerk of the US District Court and via United States "First Class" Mail to Mr. Wild:

CERTIFIED MAIL # 7004 0750 0003 0285 7077
Clerk, United States District Court for Massachusetts
Eastern Division
One Courthouse Way
Boston, Ma. 02210-3002


Victor A. Wild
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way – Suite 9200
Boston, MA 02210

Charles William Adams, unrepresented Plaintiff, Sui Juris