Date:   16 September 2004

From:  Charles William Adams
       Post Office Box 781
       Norwood, Mass. 02062

To:    Clerk of the Court
       United States District Court
       One Courthouse Way
       Boston, Mass. 02210

Re:    Case MBD NO. 04-10193-RWZ

Dear Clerk of the Court;

Please find included with this letter my letter to the Clerk of the Court dated 14 September, 2004. The purpose of this letter is also to try to comply with footnote #4 of the REPORT AND RECOMMENDATION ON MOTIONS FOR RETURN OF SEIZED PROPERTY AND VARIOUS OTHER MOTIONS dated September 3, 2004 by Magistrate Dein.

Per footnote #4 on page 20 I believe that the court is saying there are certain steps I must take to have certain actions further review by the court. This letter is to try to insure that I have taken those actions or to ask the court contact me. Specifically I thing Magistrate Dein is saying that two points are beyond the scope of the Misc. Bus court and must be brought before another court and frankly I don't know which court or how to do it.

Specifically the two points that need to be further addressed are:

1.  Per *Boyd v. United States* 116 U.S. 616 revenue agents are not authorized to seize records nor compel their production unless they are only to be used against third parties.

2.  Per **Rule 41(a) of 18 U.S.C.** only a "federal law enforcement officer" or "or an Attorney for the government" may request a search warrant and **26 CFR1.274-5T(k)(6)(ii)** specifically states that, "The term law enforcement officer … **does not include Internal Revenue Service special agents.**" [Emphasis Mine] *Therefore IRS agents have no lawful authority to request search warrants.*

Both of these points were brought up in the motions recommended to be denied by Magistrate Dein but were not specifically addressed in her 20 page letter. I think she is saying in her letter that these points are beyond the scope of the court. Therefore I need the assistance of the court to tell me in which court specifically these points need to be addressed just as the court first directed me to the Misc. Business court a few months ago.

If these points or issues need to remain with the Misc. Business court then I need to be advised so I can begin the processes needed to bring these before the court. If these issues are beyond the scope of the court please tell me which court I need to use and how. **The important part is that these are important issues to every American and my patriotic duty won't let them die because I messed up and didn't follow procedures.**

Charles William Adams
Unrepresented Plaintiff

Plaintiff is entitled to be held to a less stringent standard than professional attorneys.  See

*Haines v. Kerner*, **404 US 519-521 (1972):** *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* *Platsky v. CIA*, **953 F.2d 26 28 (2d Cir. 1991),** *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*