IN THE UNITED STATES OF AMERICA DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Charles William Adams | ) | USDC Case Number: | 04-MC-10193 |
| Plaintiff, unrepresented | ) | | |
| | ) | Search Warrant: | 04M-1053-JGD |
| v. | ) | Search Warrant: | 04M-1055-JGD |
| INTERNAL REVENUE SERVICE | ) | **MOTION FOR SUMMARY JUDGEMENT** | |
| Defendants | ) | Filed: 1 November, 2004 | |

## MOTION FOR SUMMARY JUDGMENT

**Clerk please take notice to put the chambers copy before the judge for action upon the petition in chambers, at their earliest convenience, <u>without oral argument</u>, and as a matter of law, *but not later than two weeks from filing.***

I AM Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, having first hand knowledge of the facts stated herein, and being competent in mind and body to testify, declares and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury, who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court for this particular case and opened this case 04-MC-10193 pursuant to my First Amendment right to redress.

Charles William Adams hereafter "Plaintiff" is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevant to this cause.

Plaintiff is a creation only of Our Heavenly Father and none other.

Plaintiff has no contract or agreement with the Commonwealth of Massachusetts, the United States Government or the Internal Revenue Service hereafter "IRS".

Plaintiff is not a party of the body politic or a corporation.

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, 404 US 519-521 (1972): *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* *Platsky v. CIA*, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

**WHEREAS neither the United States nor the Internal Revenue Service has responded in over 30 days of the Plaintiff's motion with the date of service of September 14, 2004 to quash the search of his home, the Plaintiff submits this Motion for Summary Judgment per local rule 7.1 of the Local Rules for this court for the court to find the Internal Revenue Service in default with prejudice.**

## Demand For Relief

**Wherefore** the plaintiff demands this court declare the search warrants 04M-1053-JGD and 04M-1055-JGD void ab initio and execute the included proposed order within 30 days to suppress the search warrants and order the IRS to immediately return all property removed from 221 Madison Street, Wrentham, Massachusetts on March 23, 2004 and return it to 42 Monroe Street, Norwood, Massachusetts and suppress any evidence that may be obtained as the fruits of this search and seizure as the fruits of the poison tree.

As the Undersigned, I hereby verify, under penalty of perjury, that I have first hand knowledge of these facts and under the laws of the United States of America, without the 'United States' [federal government] that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Internal Revenue Service that is not also SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

### ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )
                                 )
                                 ) ss:
                                 )
County of  Suffolk               )

On this First day of November in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

**CAROLE A. CHIN, Notary Public**
My Commission Expires July 8, 2005

_(signature)_

_____
Notary Public

_____
My Commission Expires

I, Charles William Adams have freely hereunto set my hand this First day of November in the year of our Lord 2004.

_(signature)_

L.S.

A Living Soul, Created by The Creator

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. MOTION OF SUMMARY JUDGMENT;
2. CERTIFICATE OF SERVICE;
3. PROPOSED ORDER; and,

Have been served on First day of November in the year of our Lord 2004 by my own hand to the Clerk of the US District Court and Victor Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston.

_(signature)_

_____
Charles William Adams, unrepresented Plaintiff, Sui Juris

# IN THE UNITED STATES OF AMERICA DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charles William Adams | ) | USDC Case Number:     04-MC-10193 |
|     Plaintiff, unrepresented | ) | |
| | ) | Search Warrant:          04M-1053-JGD |
| v. | ) | Search Warrant:          04M-1055-JGD |
| | ) | |
| INTERNAL REVENUE SERVICE | ) | |
|     Defendant | ) | |

---

## ORDER

---

Having reviewed the Plaintiffs' Motion for Summary Judgment, this Court finds that said Motion is well taken, and it is hereby granted.

It is hereby ORDERED that the search warrants referenced above be declare void and quashed *ab initio* AND all of the property seized from the premises of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004, be returned without any unnecessary delays by the Defendant or their agents to the current home of the Plaintiff within five (5) business days from the filing of this ORDER by the clerk of this court AND all licenses restored to the Plaintiff AND all evidence and knowledge gained be suppressed as the "Fruit of the poison tree" per Rule 41(h) of the Federal Rules of Criminal Procedure.

GIVEN UNDER MY HAND this ___ day of _____, 2004, at ___o'clock ___.m.

_____
District Court Judge