# IN THE UNITED STATES OF AMERICA DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Charles William Adams | ) USDC Case Number:    04-MC-10193 |
| Plaintiff, unrepresented | ) Search Warrant:    04M-1053-JGD |
| | ) Search Warrant:    04M-1055-JGD |
| v. | ) **Petition for WRIT OF MANDAMUS and** |
| | ) **DEMAND FOR SUMMARY JUDGEMENT** |
| INTERNAL REVENUE SERVICE | ) **OF UNDISPUTED FACTS** |
| Defendant | ) Filed: 3 December, 2004 |

*MAGISTRATE DIEN HAS BEEN PRESENTED WITH EVIDENCE THAT IRS AGENTS ARE NOT LAWFULLY AUTHORIZED TO OBTAIN SEARCH WARRANTS THEREBY <u>COMMITTING FRAUD UPON THE COURT</u> AND BY CARRYING FIREARMS THE IRS AGENTS <u>ILLEGALLY EXECUTED</u> THE SEARCH WARRANTS SHE SIGNED. YET SHE HAS NOT MOVED TO PROTECT THE RIGHTS OF THE PLAINTIFF AND CORRECT THE SITUATION SHE CREATED WHEN SHE SIGNED THE SEARCH WARRANTS FRAUDENTLY OBTAINED BY THE IRS AGENTS.*

COMES NOW, Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, All Rights Reserved. who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court for the constrained purpose of this case 04-MC-10193 pursuant to my First Amendment right to redress to quash the search of my home on March 23, 2004 and declare search warrants 04M-1053-JGD and 04M-1055-JGD fraudulent, void and invalid *ab initio* and order the immediate return of everything the IRS Agents removed to the Plaintiff's current residence and declare all evidence or knowledge gained to be the "fruits of the poison tree" per 18 U.S.C. 41(h).

AFFIDAVIT

On 14 September 2004 the Plaintiff presented *undisputed* evidence to prove his claims that Internal Revenue Service (herein IRS) Special Agents have no lawful authority to request search warrants nor carry firearms during the execution of search warrants not related to "Subtitle E". The Plaintiff followed up on 1 November, 2004 with an *undisputed* Motion for Summary Judgment.

Since the IRS Special Agents cannot prove their lawful authority to request search warrants or carry firearms (except for subtitle E activities) **then the agents have <u>fraudulently acted with unclean hands</u> to unlawfully, intentionally and permanently damage the Plaintiff.** The only remedy available to the Plaintiff is to again demand the court declare search warrants 04M-1053-JGD and 04M-1055-JGD fraudulent, void and invalid *ab initio* and order the immediate return of everything the IRS Agents removed to the Plaintiff's current residence and declare all evidence or knowledge gained to be the "fruits of the poison tree" per 18 U.S.C. 41(h).

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, 404 US 519-521 (1972):

*"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* *Platsky v. CIA*, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

The Plaintiff, Charles William Adams is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevant to this cause.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the 'United States' [federal government] that the above statements of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Office of the US Attorney that is not also SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

### ACKNOWLEDGEMENTS

Commonwealth of Massachusetts      )

                                        ) ss:

County of _____      )


On this third day of December, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.


|  |  |
|---|---|
|  | **CAROLE A. CHIN, Notary Public**<br>My Commission Expires July 8, 2005 |
| _____ | _____ |
| Notary Public | My Commission Expires |


I, Charles William Adams have freely hereunto set my hand this third day of December, 2004.


L.S.                                                    A Living Soul, Created by The Creator

# IN THE UNITED STATES OF AMERICA DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Charles William Adams | ) | USDC Case Number: | 04-MC-10193 |
| Plaintiff, unrepresented | ) | | |
| | ) | Search Warrant: | 04M-1053-JGD |
| v. | ) | Search Warrant: | 04M-1055-JGD |
| | ) | | |
| INTERNAL REVENUE SERVICE | ) | | |
| Defendant | ) | | |

---

## ORDER

---

Having reviewed the Plaintiffs' Motion for Summary Judgment, this Court finds that said Motion is well taken, and it is hereby granted.

It is hereby ORDERED that the search warrants referenced above be declare void and quashed *ab initio* AND all of the property seized from the premises of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004, be returned without any unnecessary delays by the Defendant or their agents to the current home of the Plaintiff within five (5) business days from the filing of this ORDER by the clerk of this court AND all licenses restored to the Plaintiff AND all evidence and knowledge gained be suppressed as the "Fruit of the poison tree" per Rule 41(h) of the Federal Rules of Criminal Procedure.

GIVEN UNDER MY HAND this ___ day of _____, 2004, at ___ o'clock ___.m.

_____
District Court Judge

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. MOTION OF SUMMARY JUDGMENT;
2. CERTIFICATE OF SERVICE;
3. COPY OF IGNORED AFFIDAVIT OF TRUTH DATED 14 SEPTEMBER, 2004;
4. COPY OF THE IGNORED MOTION FOR SUMMARY JUDGMENT DATED 1 NOVEMBER, 2004;
5. PROPOSED ORDER; and,

Have been served on third day of December in the year of our Lord 2004 by my own hand to the Clerk of the US District Court and Victor Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston.

Charles William Adams, unrepresented Plaintiff, Sui Juris

# IN THE UNITED STATES OF AMERICA DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| Charles William Adams | ) | USDC Case Number: | 04-MC-10193 |
| Plaintiff, unrepresented | ) | | |
| | ) | Search Warrant: | 04M-1053-JGD |
| v. | ) | Search Warrant: | 04M-1055-JGD |
| UNITED STATES | ) | **AFFIDAVIT OF TRUTH and** | |
| INTERNAL REVENUE SERVICE | ) | **MOTION FOR SUMMARY JUDGEMENT** | |
| Defendants | ) | Filed: 14 September, 2004 | |

**IRS AGENTS ARE NOT LAWFULLY AUTHORIZED TO REQUEST SEARCH WARRANTS THEREBY COMMITTING FRAUD UPON THE COURT.**

And

**BY CARRYING FIREARMS THE IRS AGENTS ILLEGALLY EXECUTED THE SEARCH WARRANTS.**

I AM Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court for the constrained purpose of this case 04-MC-10193 pursuant to my First Amendment right to redress. **The Plaintiff claims the Internal Revenue Service** (herein IRS) **has no lawful authority to have its agents request search warrants nor carry firearms during the execution of search warrants not related to "Subtitle E".** If the IRS cannot prove its lawful authority to do both then the agents have knowingly acted unlawfully to intentionally damage the Plaintiff who demands the court quash the search of his home *ab initio*, order the return everything that was removed, order the restoration all licenses to help make the plaintiff whole and declare all evidence or knowledge gained to be the "fruits of the poison tree" per 18 U.S.C. 41(h).

# LEGAL ARGUMENTS

## I

### The Search Warrant Was Not Requested By Anyone With The Lawful Authority To Do So, Therefore It Was Unlawfully Requested And Issued

IRS Agents are NOT "law enforcement officers" duly authorized to apply for or request a search warrant.

"Rule 41(a) of 18 U.S.C NOTES OF ADVISORY COMMITTEE ON RULES - 1972 AMENDMENT Subdivision (a) is amended to provide that **a search warrant may be issued only upon the request of a federal law enforcement officer or an attorney for the government.** The phrase "federal law enforcement officer" is defined in subdivision (h) in a way which will allow the Attorney General to designate the category of officers who are authorized to make application for a search warrant." **[Emphasis Mine]**

26CFR1.274-5T(k)(6)(ii) "The term law enforcement officer means an individual who is employed on a full-time basis by a governmental unit that is responsible for the prevention or investigation of crime involving injury to persons or property (including apprehension or detention of persons for such crimes), who is authorized by law to carry firearms, execute search warrants, and to make arrests (other than merely a citizen's arrest), and who regularly carries firearms (except when it is not possible to do so because of the requirements of undercover work). The term law enforcement officer may include an arson investigator if the investigator otherwise meets the requirements of this paragraph (k)(6)(ii), but **does not include Internal Revenue Service special agents.**" **[Emphasis Mine]**

Please note the blank forms downloaded from the IRS website for an agent to apply for a search warrant included with this motion as Exhibit K. These forms may be similar to those used to apply for the search warrants in question. On these forms the **requestor of the warrant is an IRS agent**.

The Code of Federal Regulations at 28CFR60.2 is very specific as to which federal officers are authorized to request the issuance of a search warrant.

This is completely spelled out in 28CFR60.2 which states specifically as follows, please note that IRS agents are NOT included in this all inclusive list.[1]

PART 60--AUTHORIZATION OF FEDERAL LAW ENFORCEMENT OFFICERS TO REQUEST THE
ISSUANCE OF A SEARCH WARRANT--Table of Contents

Sec. 60.2  Authorized categories.

    The following categories of federal law enforcement officers are
authorized to request the issuance of a search warrant:
    (a) Any person authorized to execute search warrants by a statute of
the United States.
    (b) Any person who has been authorized to execute search warrants by
the head of a department, bureau, or agency (or his delegate, if
applicable) pursuant to any statute of the United States.
    (c) Any peace officer or customs officer of the Virgin Islands,
Guam, or the Canal Zone.
    (d) Any officer of the Metropolitan Police Department, District of
Columbia.
    (e) Any person authorized to execute search warrants by the
President of the United States.
    (f) Any civilian agent of the Department of Defense not subject to
military direction who is authorized by statute or other appropriate
authority to enforce the criminal laws of the United States.
    (g) Any civilian agent of the Department of Defense who is
authorized to enforce the Uniform Code of Military Justice.
    (h) Any military agent of the Department of Defense who is
authorized to enforce the Uniform Code of Military Justice.
    (i) Any special agent of the Office of Inspector General, Department
of Transportation.
    (j) Any special agent of the Investigations Division of the Office
of Inspector General, Small Business Administration.
    (k) Any special agent of the Office of Investigations and the Office
of Labor Racketeering of the Office of Inspector General, Department of
Labor.
    (l) Any special agent of the Office of Investigations of the Office
of Inspector General, General Services Administration.
    (m) Any special agent of the Office of Inspector General, Department
of Housing and Urban Development.
    (n) Any special agent of the Office of Inspector General, Department
of Interior.
    (o) Any special agent of the Office of Inspector General, Veterans
Administration.
    (p) Any special agent of the Office of Inspector General, Social
Security Administration.
    (q) Any special agent of the Office of Inspector General, Department
of Health and Human Services.

---

[1] *INCLUSIO UNIUS EST EXCLUSIO ALTERIUS,* The inclusion of one is the exclusion of another. The certain designation of one person is an absolute exclusion of all others. 11 Coke. 58b; Burgin v. Forbes. 293 Ky. 456, 169 S.W.2d 321, 325  Black Law Dictionary Revised Fourth Edition

**Again, please note this all inclusive list from the Code of Federal Regulations does not authorize IRS agents to request search warrants.** There can be NO ARGUMENT but that the search warrant was illegally requested and this invalidates the search warrants *ab initio*.

## II

## The Search Warrants at Issue Were Illegally Executed - 26 U.S.C. 7608(b)

In the affidavit of Special Agent David Toy, Item 6(b) Agent Toy confessed, "Per standard procedure, all federal agents participating in the search were armed. At the time of entry, 9 agents make initial entry and 6 of those agents had weapons drawn for security." **IRS Agents are NOT PERMITTED BY LAW to carry firearms except when carrying out their duties of "Enforcement of Subtitle E and other laws pertaining to liquor, tobacco, and firearms".**

```
From The United States Code, Title 26
Sec. 7608. Authority of internal revenue enforcement officers

-STATUTE-

a) Enforcement of subtitle E and other laws pertaining to liquor, tobacco,
and firearms

     Any investigator, agent, or other internal revenue officer by whatever
term designated, whom the Secretary charges with the duty of enforcing any of
the criminal, seizure, or forfeiture provisions of subtitle E or of any other
law of the United States pertaining to the commodities subject to tax under
such subtitle for the enforcement of which the Secretary is responsible may -

        (1) carry firearms;

        (2) execute and serve search warrants and arrest warrants, and
serve subpoenas and summonses issued under authority of the United States;

        (3) in respect to the performance of such duty, make arrests
without warrant for any offense against the United States committed in his
presence, or for any felony cognizable under the laws of the United States if
he has reasonable grounds to believe that the person to be arrested has
committed, or is committing, such felony; and

        (4) in respect to the performance of such duty, make seizures of
property subject to forfeiture to the United States.

(b) Enforcement of laws relating to internal revenue other than subtitle E

     (1) Any criminal investigator of the Intelligence Division of the
Internal Revenue Service whom the Secretary charges with the duty of
```

enforcing any of the criminal provisions of the internal revenue laws, any
other criminal provisions of law relating to internal revenue for the
enforcement of which the Secretary is responsible, or any other law for which
the Secretary has delegated investigatory authority to the Internal Revenue
Service, is, in the performance of his duties, authorized to perform the
functions described in paragraph (2).

     (2) The functions authorized under this subsection to be performed by
an officer referred to in paragraph (1) are -

     (A) to execute and serve search warrants and arrest warrants, and
serve subpoenas and summonses issued under authority of the United States;

     (B) to make arrests without warrant for any offense against the
United States relating to the internal revenue laws committed in his
presence, or for any felony cognizable under such laws if he has reasonable
grounds to believe that the person to be arrested has committed or is
committing any such felony; and

     (C) to make seizures of property subject to forfeiture under the
internal revenue laws.        [Emphasis Mine]

Under the maxim that *the inclusion of one is the exclusion of the* other please
note that the law specifically allows agents on Subtitle E enforcement of excise
taxes on Alcohol, Tobacco and Firearms to arm themselves in the first provision
of 26 USC 7608(a) "carry firearms" and under the maxim *INCLUSIO UNIUS EST
EXCLUSIO ALTERIUS* these agents are specifically **not allowed to "carry
firearms"** outside of Subtitle E enforcement activities per 26 USC 7608(b).

Under the rules of statutory construction, statutory language and terms are
given their plain meaning unless otherwise defined. (See American Tobacco Co.
v. Patterson, 456 U.S. 63,58 102 S.Ct. 1534, 1537, 71 L.Ed.2d 748 (1982), and
Perrin v. United States, 444 U.S. 37,42 100 S.Ct. 311, 314.  In this case 26
U.S.C. 7608(a) specifically grants agents enforcing liquor, tobacco and firearms
taxes the authority to carry  firearms, but specifically omits granting similar
authority to any category of IRS agents enforcing laws not involving subtitle E
taxes.  NO WHERE in this or any other statue of the United States Code are
IRS agents of any description granted the authority to carry firearms in the
enforcement of income taxes.  Therefore the IRS agents who raided the
Plaintiff's home were in clear violation of 26 U.S.C. 7608(b).  There can be NO
ARGUMENT but that **the search warrants were illegally executed** and this
invalidates the search warrants *ab initio.*

Wherefore, the IRS cannot prove its agents have any lawful authority to request search warrants nor do they have the authority to carry firearms while executing search warrants not related to "Subtitle E" therefore the agents have knowingly acted unlawfully to intentionally damage the Plaintiff who demands the court quash the search warrants of his home *ab initio*, order the immediate return everything that was removed, order the immediate restoration all licenses to help make the plaintiff whole and declare all evidence or knowledge gained to be the "fruits of the poison tree" per 18 U.S.C. 41(h).

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, 404 US 519-521 (1972):

> "...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..." Platsky v. CIA, 953 F.2d 26 28 (2d Cir. 1991), "Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."

The Plaintiff, Charles William Adams is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevant to this cause.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the 'United States' [federal government] that the above statements of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Office of the US Attorney that is not also

SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

## ACKNOWLEDGEMENTS

Commonwealth of Massachusetts      )
 

                                                      )

                                                      ) ss:

                                                      )

County of _____      )


On this fourteenth day of September, in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.


_____                          _____

    Notary Public                                      My Commission Expires


I, Charles William Adams have freely hereunto set my hand this fourteenth day of September, 2004.


L.S.                                                    A Living Soul, Created by The Creator

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. THIS MOTION ;

2. EXHIBIT K, TWO-SIDED BLANK EXAMPLE OF FORMS USED BY IRS AGENTS TO REQUEST SEARCH WARRANTS DOWNLOADED FROM THE IRS WEB PAGE;

3. CERTIFICATE OF SERVICE; and,

Have been served on 14 September, 2004, via United States Postal Service "Certified Mail" Return Receipt Requested to the Clerk of the US District Court and via United States "First Class" Mail to Mr. Wild:

CERTIFIED MAIL # 7004 0750 0003 0285 7077
Clerk, United States District Court for Massachusetts
Eastern Division
One Courthouse Way
Boston, Ma. 02210-3002


Victor A. Wild
Assistant U.S. Attorney
U.S. Attorney's Office
One Courthouse Way – Suite 9200
Boston, MA 02210

_____

Charles William Adams, unrepresented Plaintiff, Sui Juris

IN THE UNITED STATES OF AMERICA DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charles William Adams | ) | USDC Case Number:    04-MC-10193 |
| Plaintiff, unrepresented | ) | |
| | ) | Search Warrant:    04M-1053-JGD |
| v. | ) | Search Warrant:    04M-1055-JGD |
| INTERNAL REVENUE SERVICE | ) | **MOTION FOR SUMMARY JUDGEMENT** |
| Defendants | ) | Filed: 1 November, 2004 |

## MOTION FOR SUMMARY JUDGMENT

**Clerk please take notice to put the chambers copy before the judge for action upon the petition in chambers, at their earliest convenience, <u>without oral argument</u>, and as a matter of law, *but not later than two weeks from filing.***

I AM Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, having first hand knowledge of the facts stated herein, and being competent in mind and body to testify, declares and affirms that the facts stated herein are true, correct, and complete in all material fact, not misrepresented and made under the penalties of perjury, who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court for this particular case and opened this case 04-MC-10193 pursuant to my First Amendment right to redress.

Charles William Adams hereafter "Plaintiff" is a de jure flesh and blood man, an American Citizen, living and working in the Commonwealth of Massachusetts, a Sovereign creator of government by law and inheritance and a Citizen by virtue of birth upon the soil of Pennsylvania and a Massachusetts Citizen by virtue of living in the Commonwealth of Massachusetts at all times relevant to this cause.

Plaintiff is a creation only of Our Heavenly Father and none other.

Plaintiff has no contract or agreement with the Commonwealth of Massachusetts, the United States Government or the Internal Revenue Service hereafter "IRS".

Plaintiff is not a party of the body politic or a corporation.

Plaintiff is entitled to be held to a less stringent standard than professional attorneys. See *Haines v. Kerner*, 404 US 519-521 (1972): *"...allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..."* *Platsky v. CIA*, 953 F.2d 26 28 (2d Cir. 1991), *"Court errs if court dismisses pro se litigant without instruction of how pleadings are deficient and how to repair pleadings."*

**WHEREAS neither the United States nor the Internal Revenue Service has responded in over 30 days of the Plaintiff's motion with the date of service of September 14, 2004 to quash the search of his home, the Plaintiff submits this Motion for Summary Judgment per local rule 7.1 of the Local Rules for this court for the court to find the Internal Revenue Service in default with prejudice.**

## Demand For Relief

**Wherefore** the plaintiff demands this court declare the search warrants 04M-1053-JGD and 04M-1055-JGD void ab initio and execute the included proposed order within 30 days to suppress the search warrants and order the IRS to immediately return all property removed from 221 Madison Street, Wrentham, Massachusetts on March 23, 2004 and return it to 42 Monroe Street, Norwood, Massachusetts and suppress any evidence that may be obtained as the fruits of this search and seizure as the fruits of the poison tree.

As the Undersigned, I hereby verify, under penalty of perjury, that I have first hand knowledge of these facts and under the laws of the United States of America, without the 'United States' [federal government] that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Internal Revenue Service that is not also SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

### ACKNOWLEDGEMENTS

Commonwealth of Massachusetts    )

     )

     ) ss:

     )

County of _SUFFOLK_    )

On this First day of November in the year of our Lord 2004, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_(signature)_

Notary Public

CAROLE A. CHIN, Notary Public
My Commission Expires July 8, 2005

My Commission Expires

I, Charles William Adams have freely hereunto set my hand this First day of November in the year of our Lord 2004.

_(signature)_

L.S.                                    A Living Soul, Created by The Creator

# CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. MOTION OF SUMMARY JUDGMENT;
2. CERTIFICATE OF SERVICE;
3. PROPOSED ORDER; and,

Have been served on First day of November in the year of our Lord 2004 by my own hand to the Clerk of the US District Court and Victor Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston.

_(signature)_

Charles William Adams, unrepresented Plaintiff, Sui Juris

# IN THE UNITED STATES OF AMERICA DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Charles William Adams | ) | USDC Case Number:    04-MC-10193 |
| Plaintiff, unrepresented | ) | |
| | ) | Search Warrant:    04M-1053-JGD |
| v. | ) | Search Warrant:    04M-1055-JGD |
| | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| Defendant | ) | |

## ORDER

Having reviewed the Plaintiffs' Motion for Summary Judgment, this Court finds that said Motion is well taken, and it is hereby granted.

It is hereby ORDERED that the search warrants referenced above be declare void and quashed *ab initio* AND all of the property seized from the premises of 221 Madison Street, Wrentham, Massachusetts on March 23, 2004, be returned without any unnecessary delays by the Defendant or their agents to the current home of the Plaintiff within five (5) business days from the filing of this ORDER by the clerk of this court AND all licenses restored to the Plaintiff AND all evidence and knowledge gained be suppressed as the "Fruit of the poison tree" per Rule 41(h) of the Federal Rules of Criminal Procedure.

GIVEN UNDER MY HAND this ___ day of _____, 2004, at ___o'clock ___.m.

_____
District Court Judge