AFFIDAVIT OF FACT
IN THE CASE OF
Charles William Adams
v.
United States of America, et al

CASE NUMBER 04-MC-10193

I, Charles William Adams living at 42 Monroe Street in the town of Norwood, County of Norfolk, Commonwealth of Massachusetts do affirm and attest to the following facts in the above named case. I present these four facts to this Honorable Court and give this testimony as to their accuracy and truthfulness, to the best of my knowledge. I am a competent witness and have personal knowledge of these facts. These four facts are as follows:

1. On 14 September 2004 I submitted a motion to quash the search of my home. The defendant did not respond within the two-week time period as stated in rule 7.1 of the local rules of procedure for this court.

2. After waiting more than a full month I followed up on the original motion submitted on 1 November 2004 with a Motion for Summary Judgment. The defendant never responded placing them in default.

1

3. After waiting another full month I followed up on 3 December 2004 on the Motion for Summary Judgment by petitioning the court for a Writ of Mandamus to which the defendant never responded.

4. Not only has the United States not replied within two weeks as required by local rule 7.1 of this court, the United States has never responded at all to the Plaintiff's motion with the date of service of 14 September 2004, nor to the follow up on 1 November 2004 and again on 3 December 2004. The United States is in default.

The Plaintiff therefore demands this court to find the United States in default and grant the motion of the Plaintiff dated 14 September 2004 with prejudice.

I am not a professional attorney and cannot be held to the same standards as are professional attorneys. <u>Haines vs. Kerner</u>, 404 US 519.

I affirm and attest that the above statements are true and correct to the best of my knowledge and are not intended to mislead in any way. The above statements of fact are statements concerning facts of which I have personal knowledge. These statements are made for the record in this

2

action. If anyone shall present truthful, sworn witnesses and sworn evidence that contradict any of these material facts, I shall make any necessary corrections to this sworn testimony. Unless anyone presents to me any counter affidavits or sworn evidence to refute or rebut each of the above sworn facts, I shall deem these sworn statements of fact to be admitted or uncontested.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the 'United States' [federal government] that the above statements of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Office of the US Attorney that is not also SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

FURTHER THIS AFFIDAVIT SAYTH NOT

## ACKNOWLEDGEMENTS

Commonwealth of Massachusetts   )
                                ) ss:
County of _Suffolk_             )

On this tenth day of January, in the year of our Lord 2005, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_____            CAROLE A. CHIN, Notary Public
Notary Public                      My Commission Expires July 8, 2005

                                   _____
                                   My Commission Expires

I, Charles William Adams have freely hereunto set my hand this tenth day of January, 2005.

L.S.               A Living Soul, Created by The Creator

## CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. AFFIDAVIT OF FACTS;
2. CERTIFICATE OF SERVICE; and,

Have been served on tenth day of January in the year of our Lord 2005 by my own hand to the Clerk of the US District Court and Victor Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston.

_____
Charles William Adams, unrepresented Plaintiff, Sui Juris