UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES ADAMS

       Plaintiff

       V.

                                  CIVIL ACTION: 04MC10193-RWZ

UNITED STATES OF AMERICA
Defendant

## ORDER

ZOBEL, D.J.                                            JAN. 12, 2005


In accordance with the status conference of 1/11/05. The case is UNSEALED, except for document #15.


By the Court,


                         s/ Lisa A. Urso
                         DEPUTY CLERK