IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MASSACHUSETTS

**Charles William Adams**         Case Number: 1:04-MC-10193
   **Unrepresented Plaintiff,**

v.

**UNITED STATES OF AMERICA, et al.**
   **Defendants**

---

**VERIFIED STATEMENT OF FACT**

**and MOTION FOR VOID JUDGMENT**

YOUR PLAINTIFF is a Natural Man, the Sovereign Creator of his servant government, a creation of Our Creator, Sui Juris, who under threat, duress and coercion, petitioned and invoked the jurisdiction of this Court for the constrained purpose of this civil case 04-MC-10193 pursuant to his First Amendment right to redress and never knowingly or unknowingly waiving any his rights herein presents the following **Verified Statement Of Fact and Motion For Void Judgment**, concerning Judge Rya Zobel's "REPORT AND RECOMMENDATION" of November 2, 2004 and presented to the Plaintiff and Defendant for the first time on January 11, 2005.

1

## Notice To Judge Rya Zobel

The purpose of this notice is to establish the facts at issue in a controversy that has arisen between us due to the fact that you practiced law from the bench and issued a "REPORT AND RECOMMENDATION" inventing arguments in favor of the defendant which were never presented by the defendant (the government) without proper authority to do so and discarding any appearance of impartiality. Therefore the plaintiff having no due process in this biased court in which the defendant is represented by both the Assistant US Attorney Victor A. Wild and the judge may have no alternative but to take this controversy before another U.S. Court or a higher U.S. Court. In order that each of us has the facts before us, I am herein stating the verified facts that I am willing to swear to in court and which will be proven by the sealed record. This is your opportunity to rebut the verified facts as I have enumerated them below. Any factual statement that you do not specifically rebut UNDER OATH will stand as undisputed verified fact in any future legal proceeding.

Please carefully review each numbered statement of fact and if you disagree with such fact state the reasons for your disagreement UNDER OATH, along with your rebuttal. List each of your rebuttals, numbering them according to the numbers as listed below. If you do not specifically contest any fact listed below I will be forced to conclude that you do not disagree with such fact.

## VERIFIED STATEMENT OF FACTS

1) A pro-se plaintiff is to be held to a less stringent standard than professional attorneys. Judge Zobel, under her Oath of Office and Judicial Canons, is required to be fair to all litigants.

   *"... allegations such as those asserted by petitioner, however inartfully pleaded, are sufficient to call for the opportunity to offer supporting evidence. We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers..." Haines v. Kerner, 404 US 519 (1972).*

2) Judge Rya Zobel denied even the illusion of impartiality and due process for the plaintiff when she practiced law from the bench and created arguments for the defendant when she wrote and filed her "REPORT AND RECOMMENDATION" dated November 2, 2004.

3) At no time did the defendant ever even bother to present any of the arguments that appear in the "REPORT AND RECOMMENDATION" issued by Judge Rya Zobel nor did the defendant offer any rebuttal at all to the plaintiff's arguments concerning the authority of the IRS agents to obtain search warrants or carry firearms on warrants other than "Subtitle E" activities (26 USC 7608(a). When the defendant never even responded and therefore defaulted Judge Rya Zobel abandoned her role as an impartial arbiter weighing the facts of each side and with extreme prejudice fabricated arguments for

the defendant and presented them in her "REPORT AND RECOMMENDATION" dated November 2, 2004.

4) The court has shown blatant prejudice in favor of the defendant at all times during these sealed civil proceedings including but not limited to sealing this civil case so the plaintiff could not obtain dockets, filings or any other information about his own civil case against the government. Without access to a copy of the docket the plaintiff has no way to know when the government or the judge has entered any filings in this case. It is impossible for the plaintiff to obtain due process when his civil case managed by Judge Rya Zobel against the government has been sealed.

5) There is no order in the sealed docket to seal this civil case so there is the obvious appearance of collusion or a very real conspiracy between the office of the US Attorney and either Judge Rya Zobel or her agents or underlings in the court to impede the plaintiff in the unbiased prosecution of this case.

6) Judge Rya Zobell acceded to fraud, perhaps unknowingly, perpetrated on the Court by the IRS agents and the U.S. Attorneys. It is possible that all parties to the fraud had no knowledge of this fraud; however, **officials in this case now have full knowledge of this illegal activity and can be held accountable for any further unlawful activities and failures to take corrective measures.** All willing participants of the perpetrated fraud also

4

acceded to and perpetrated a deprivation of the God given and Constitutional rights of the Plaintiff.

7) "Rule 41(a) of 18 U.S.C NOTES OF ADVISORY COMMITTEE ON RULES - 1972 AMENDMENT Subdivision (a) is amended to provide that a search warrant may be issued only upon the request of a federal law enforcement officer or an attorney for the government. The phrase "federal law enforcement officer" is defined in subdivision (h) in a way which will allow the Attorney General to designate the category of officers who are authorized to make application for a search warrant." The defendant (the government) has never disputed this fact in this case nor has the defendant presented any verified evidence that IRS agents are designated in the category of officers who are authorized to make application for a search warrant by the Attorney General. The defendant has never disputed the claims of the plaintiff that they are not authorized yet Judge Rya Zobel created an unverified rebuttal to this verified claim.

8) The Code of Federal Regulations at 28CFR60.2 is very specific as to which federal officers are authorized to request the issuance of a search warrant. This is completely spelled out in 28CFR60.2 which lists specifically every category of officer authorized to obtain a search warrant and IRS agents are NOT included in this all inclusive list.[1] The defendant has never disputed this verified fact.

9) The agents involved in these actions for the IRS are specifically excluded by 26 USC 7608 from carrying firearms except when the

---

[1] *INCLUSIO UNIUS EST EXCLUSIO ALTERIUS*, The inclusion of one is the exclusion of another. The certain designation of one person is an absolute exclusion of all others. 11 Coke, 58b; Burgin v. Forbes, 293 Ky. 456, 169 S.W.2d 321, 325 Black Law Dictionary Revised Fourth Edition

warrants involve "Subtitle E" activities which are Alcohol, Tobacco and Firearms. The defendant (the government) has never disputed this fact.

Judge Rya Zobel, you have indeed acted outside of your lawful authority by practicing law from the bench when you invented arguments for the defendant who never even bothered to respond to the facts specifically stated as #7, #8 and #9 in this affidavit. Since the defendant has never bothered to respond the defendant is in default and acquiesced to the fact that these claims are the undisputed truth. All officials may be held liable under U.S. Supreme Court rulings as follows.

***"Personal-capacity suits, on the other hand, seek to impose individual liability upon a government officer for actions taken under color of state law. Thus, '[o]n the merits, to establish personal liability in a 1983 action, it is enough to show that the official, acting under color of state law, caused the deprivation of a federal right.' Id., at 166." HAFER v. MELO, 502 U.S. 21 (1991).***

***"When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity." Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991).***

***"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be***

*personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation."* **(Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).**

*"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* **Miranda, 384 US 436, at 491.**

*"No State legislator or executive or judicial officer can war against the Constitution without violating his Undertaking to support it".* **Cooper Vs. Aaron. 358 U.S. 1 78 S.Ct. 1401 (1958).**

Judge Rya Zobel, perhaps unknowingly and unwillingly you have abandoned your role as impartial arbiter between the parties involved. Is it possible that you have been forced into this action by terrorist or extortion threats of the IRS or by your employer the government that is also the exact same employer of the defendant? After all, there is only one United States Government, only one "General Fund" and it employs you both and pays you both.

*"No sophisticated person is unaware that the Internal Revenue Service has been in possession of facts with respect to public officials which it has presented or shelved in order to serve what can only be called political ends, be they high or low. And a judge who knows the score is aware that every time his decisions offend the Internal Revenue Service, he is inviting a close inspection of his records."* <u>Lord v. Kelley,</u> *240 F.Supp. 167 (1965).*

7

Judge Zobel, I believe your "REPORT AND RECOMMENDATION" was based on erroneous assumptions and distorted conceptions of law and facts and that you used these preconceived notions to invent arguments for your employer, the same employer of the defendant, without relying on the following U.S. Supreme Court rulings:

**28 USC Sec. 455, and Marshall v Jerrico Inc., 446 US 238, 242, 100 S.Ct. 1610, 64 L. Ed. 2d 182 (1980):** *"The Due Process Clause entitles a person to an impartial and disinterested tribunal in both civil and criminal cases. This requirement of neutrality in adjudicative proceedings safeguards the two central concerns of procedural due process, the prevention of unjustified or mistaken deprivations and the promotion of participation and dialogue by affected individuals in the decisionmaking process. See Carey v. Piphus, 435 U.S. 247, 259-262, 266-267 (1978). The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law."*

*"Parties who, by the constitution and laws of the United States, have a right to have their controversies decided in their tribunals, <u>have a right to demand the unbiased judgment of the court</u>."* **PEASE v. PECK, 59 U.S. 595 (1855).**

*"It is true that no one has a vested right in any particular rule of the common law, but it is also true that the legislative power of a state can only be exerted in subordination to the fundamental principles of right and justice which the guaranty of due process in the Fourteenth Amendment is intended to preserve, and that a purely arbitrary or capricious exercise of*

*that power whereby a wrongful and highly injurious invasion of property rights, as here, is practically sanctioned and the owner stripped of all real remedy, is wholly at variance with those principles."* **TRUAX v. CORRIGAN, 257 U.S. 312, 330 (1921).**

### NOTICE TO Honorable Rya Zobel

If you fail to respond within 15 days the plaintiff will be forced to conclude that you have been acting against the plaintiff without authority of law. Plaintiff will, thereafter, commence a lawsuit against you. Your actions have caused the plaintiff extreme mental and emotional hardship, financial losses, along with expenses and losses suffered by your unauthorized actions.

The plaintiff calls your attention to the following rulings:

*"When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity."* **Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991).**

*" ... where an act is done in the clear absence of all jurisdiction and this is known to the judge there is no immunity. Johnson v. MacCoy, 278 F2d 37 (9th Cir., 1960); Kenney V. Fox, 232 F 2d 288 ..." Rhodes v. Houston; 202 Fed Supp. 624*

A ruling in violation of precedent rulings is the performance of an unconstitutional act by a judge: *"Rule 28A(i) expands the judicial power beyond the limits set by article III by allowing us complete discretion to determine which judicial decisions will bind us and which will not. <u>Insofar as it limits the precedential effect of our prior decisions, the Rule is therefore unconstitutional.</u>" Anastasoff v. United States of America 223 F.3d 898 (8th Cir. 2000).*

The Court in Yates Vs. Village of Hoffman Estates, Illinois, 209 F.Supp. 757 (N.D. Ill. 1962) held that, *"Not every action by any judge is in exercise of his judicial function. It is not a judicial function for a Judge to commit an intentional tort even though the tort occurs in the Courthouse, when a judge acts as a Trespasser of the Law, when a judge does not follow the law, the judge loses subject matter jurisdiction and the Judge's orders are void, of no legal force or effect."*

*"An instrumentality of Government he might be and for the greatest ends, but the agent, because he is agent, does not cease to be answerable for his acts." BRADY v. ROOSEVELT STEAMSHIP CO., 317 U.S. 575 (1943).*

*"There is also a general rule that if any officer- ministerial or otherwise- acts outside the scope of his jurisdiction and without authorization of law, he is liable in an action for damages for injuries suffered by a citizen as a result thereof." Cooper v. O'Connor, 99 F.2d 135, 137, 138 (D.C. Cir. 1938) See also Estrada v. Hills, 401 F.Supp. 429, 434 (N.D.Ill. 1975).*

The plaintiff awaits your response and/or rebuttals. If the Honorable Rya Zobel needs additional response time, please notify the plaintiff within the 15-day time period.

*"Judgments entered where court lacked either subject matter or personal jurisdiction, or that were otherwise entered in violation of due process of law, must be set aside".* **Jaffe and Asher v. Van Brunt, S.D.N.Y.1994. 158 F.R.D. 278.**

*"Void order which is one entered by court which lacks jurisdiction over parties or subject matter, or lacks inherent power to enter judgment, or order procured by fraud, can be attacked at any time, in any court, either directly or collaterally, provided that party is properly before court",* **People ex rel. Brzica v. Village of Lake Barrington, 644 N.E.2d 66 (Ill.App. 2 Dist. 1994).**

*"A 'void' judgment, as we all know, grounds no rights, forms no defense to actions taken thereunder, and is vulnerable to any manner of collateral attack (thus here, by ). No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen the old wound and once more probe its depths. And it is then as though trial and adjudication had never been."* **10/13/58 FRITTS v. KRUGH. SUPREME COURT OF MICHIGAN, 92 N.W.2d 604, 354 Mich. 97.**

*"Decision is void on the face of the judgment roll when from four corners of that roll, it may be determined that at least one of three elements of jurisdiction was absent: (1) jurisdiction over parties, (2) jurisdiction over subject matter, or (3) jurisdictional power to*

11

*pronounce particular judgment that was rendered*", **B & C Investments, Inc. v. F & M Nat. Bank & Trust, 903 P.2d 339 (Okla. App. Div. 3, 1995).**

Plaintiff Charles William Adams, A Natural Person, a Creator of Government and a Creation of Our Creator hereby files this Motion for Void Judgment with this Honorable Court based on the following:

## MOTION TO VACATE FOR LACK OF PERSONAL JURISDICTION

Judge Rya Zobel allegedly issued the "REPORT AND RECOMMENDATION" dated November 2, 2004. Since the document contained arguments for the defendant that the defendant never even presented the pro-se plaintiff needs to be assured that it was Judge Zobel and not someone else who wrote the "REPORT AND RECOMMENDATION". Defendants respectfully demand that Judge Zobel signs the proposed order of the earlier motion.

**Wherefore, Plaintiff respectfully demands** that Judge Zobel provides the following[2] in order to establish personal jurisdiction for issuance of her order:

1. *A copy of your Presidential appointment; and,*

---

[2] Each of these documents were requested in the Freedom Of Information Act (FOIA) request dated 6 January 2005 and presented to the Clerk of this court (see stamp) and mailed to the Office of Information and Privacy, Room 570 - Flag Building, Department of Justice, Washington, D.C. 20530. A copy of this request is included herein for your reference and convenience.

2. *A copy of your Congressional confirmation; and,*
3. *A copy of your Oath of Office arising under Article VI of the Constitution for the United States of America; and,*
4. *A copy of your Oath of Office pursuant to the Judiciary Act of 1789 such as section 8; and,*
5. *A copy of your Oath of Office in 28 USC 453; and,*
6. *A copy of your Oath of Office as found in 5 USC 3331 including both the front and back of the document; and,*
7. *A copy of your Oath of Office as found in 5 USC 3331 as found in the custody of the court per 5 USC 2906; and,*
8. *A copy of your Affidavit as found in 5 USC 3332; and,*
9. *A copy of your Commission of the Department of Justice as stored and recorded in 5 USC 2902; and,*
10. *A copy of your Official Bond(s); and,*
11. *A copy of your Form 61;*

**Wherefore, Plaintiff respectfully demands** that Judge Zobel sign a statement under Oath that pertaining to this case there have been no communications between herself or her staff or any Clerk of the court and any official of the IRS or other governmental official, without the plaintiff being informed.

**Wherefore, Defendants respectfully demands** that Judge Zobel sign a statement under Oath that there have been no threats made to her by the IRS or any other government agent, real or implied.

**Wherefore, Plaintiff respectfully demands** that Judge Zobel issue an Order to vacate the "REPORT AND RECOMMENDATION" dated November 2, 2004.

**Wherefore, Plaintiff respectfully demands** that Judge Zobel issue an order to immediately pronounce the search warrants 04M-1053-JGD and 04M-1055-JGD void *ab initio* and the property taken from 221 Madison Street during the raid per those warrants to be immediately returned to the plaintiff at 42 Monroe Street, Norwood Massachusetts and all evidence obtained to be quashed *ab initio* and the plaintiff to be made whole by the return of all property, licenses and his good name and standing.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the 'United States' [federal government] that the above statements of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746[1]. See the Supremacy Clause for Constitutional authority. Any response from the Office of the US Attorney that is not also SWORN TESTIMONY must be considered a non-response and acquiesce that everything contained herein is not rebutted and true.

ACKNOWLEDGEMENTS

Commonwealth of Massachusetts  )
                                ) ss:
County of SUFFOLK               )

On this twenty-seventh day of January, in the year of our Lord 2005, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the

foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

| _(signature)_ | **CAROLE A. CHIN, Notary Public**<br>My Commission Expires July 8, 2005 |
|---|---|
| Notary Public | My Commission Expires |

I, Charles William Adams have freely hereunto set my hand this twenth-seventh day of January, 2005.

_(signature)_

L.S.                                    A Living Soul, Created by The Creator

## CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. VERIFIED STATEMENT OF FACT AND MOTION FOR VOID JUDGMENT; AND,
2. COPY OF A FREEDOM OF INFORMATION ACT; AND,
3. THIS CERTIFICATE OF SERVICE;

Have been served on twenty-seventh day of January in the year of our Lord 2005 by my own hand to the Clerk of the US District Court and Victor A. Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston.

_(signature)_

Charles William Adams, unrepresented Plaintiff, Sui Juris

Charles William Adams, Requester
Post Office Box 781
Norwood, Massachusetts 02062-0781

6 January 2005

To: Office of Information and Privacy
Room 570 – Flag Building
Department of Justice
Washington, D.C. 20530
Via U.S. Certified Mail Item 7004 0750 0003 0285 7084

To: William Ruane, Acting Clerk of Court, USDC, Mass. 617-748-9169

Dear Department of Justice Disclosure Officer and Clerk of Court:

This request is made under the Freedom of Information Act (FOIA) Title 5 of the United States Code or regulations there under. I am under attack by the "United States Government", and in order to help me obtain due process, I request that the fees for locating and duplicating these records be waived. I request that the following records be provided in certified form, suitable for use as evidence, without cost to me. If all or part of this request must be filled by another office please forward it to that office and send me a copy of the transmittal paperwork for my records.

If some of this request is exempt from release, please send those portions that can be reasonably segregated, and provide to me, with indexing, itemization and detailed justification, an explanation concerning the information you are not releasing.

The information requested will provide knowledge and understanding of the rules and regulations of the agency, and it will assist the requester relative to the policies of the agency.

Page 1 of 4

I understand the penalties provided in 5 USC 552a(i)(3) for requesting or obtaining access to documents or records under false pretenses. I am the person making this request and my notarized signature appears below.

**Please provide the following information on each of the judges listed after the documents request. Some of these document requests may be the same document.**

1. *A copy of the Presidential appointment of each judge; and,*
2. *A copy of the Congressional confirmation of each of judge; and,*
3. *A copy of the Oath of Office of each judge arising under Article VI of the Constitution for the United States of America; and,*
4. *A copy of the Oath of Office of each judge pursuant to the Judiciary Act of 1789 such as section 8; and,*
5. *A copy of the Oath of Office in 28 USC 453; and,*
6. *A copy of the Oath of Office as found in 5 USC 3331 including both the front and back of the document; and,*
7. *A copy of the Oath of Office as found in 5 USC 3331 as found in the custody of the court per 5 USC 2906; and,*
8. *A copy of the Affidavit as found in 5 USC 3332; and,*
9. *A copy of the Commission of the Department of Justice as stored and recorded in 5 USC 2902; and,*
10. *A copy of the Official Bond(s); and,*
11. *A copy of the Form 61; and,*
12. *Any other documents that can be released as to qualifications of the judges such as I-9 and W-4 documents, even if the Social Security Numbers are redacted.*

**Please provide all of the above requested documents listed *supra* for each of the judges for the United States District Court, District of Massachusetts:**