UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR -3  A 11: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CHARLES ADAMS ) | MBD NO. 04-10193-RWZ |
| v. ) | |
| UNITED STATES OF AMERICA ) | |

## GOVERNMENT'S SUBMISSION REGARDING AMENDED MEMORANDUM
### and
### GOVERNMENT'S OPPOSITION TO MOTION FOR VOID JUDGMENT

### ERRATA

The United States submits this *ERRATA* to correct typographical errors in the printed text of its Submission and Opposition filed March 2, 2005.

The subject Section 7608 of Title 26 was transposed and incorrectly cited as Section 7806 at page 5 (2 occasions), page 6 and page 8, but was otherwise correctly cited throughout the Government's Submission and Opposition.

Respectfully submitted this 3rd day of March, 2005.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
VICTOR A. WILD
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was mailed to Charles Adams, P.O. Box 781, Norwood, MA 02093.

_____
VICTOR A. WILD
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02210