UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES ADAMS

Plaintiff

V.

UNITED STATES OF AMERICA
Defendant

CIVIL ACTION: 04MC10193-RWZ

### JUDGMENT

ZOBEL, D.J.                                                JAN. 12, 2005

In accordance with the AMENDED MEMORANDUM dated 1/11/05. Judgment is entered DISMISSING 1. the motions for return of seized property; 2. the emergency petition for declaratory judgment; and 3. the emergency petition for writ of quo warranto.

By the Court,

s/ Lisa A. Urso
DEPUTY CLERK

