# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Charles William Adams

V.                        CASE NO. 1:04-mc-10193

United States of America

## NOTICE OF APPEAL

Notice is hereby given that Charles William Adams above named, hereby appeals from the Judgment + order entered in the above entitled action on _____.

By the Court,

_____          _____
Date                     Deputy Clerk

(Notice of Appeal.wpd - 12/98)          [app., kdapp., kgapp., kcust