IN THE UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

APPEAL IN FORMA PAUPERIS

LEAVE TO FILE NUNC PRO TUNC PER 28 U.S.C. RULE 60(b)

| | |
|---|---|
| Charles William Adams ) | USDC Case 1:04-MC-10193 |
|    Unrepresented Plaintiff ) | |
| ) | **NOTICE OF <u>FRAUD</u>** |
| v.  ) | **NOTICE OF <u>DEFAULT</u>** |
| ) | **NOTICE OF <u>MALFEASANCE</u>** |
| UNITED STATES OF AMERICA ) | **NOTICE OF <u>MISFEASANCE</u>** |
|    Defendants ) | **NOTICE OF <u>NONFEASANCE</u>** |

**THIS APPEAL FILED IN ACCORDANCE WITH 28 U.S.C. RULE 60(b)**

I AM Charles William Adams, Sui Juris, Sovereign, Plaintiff, Creation of The Creator, with All Rights Reserved, who under threat, duress and coercion, petition and invoke the jurisdiction of this Court for the constrained purpose of this appeal of case 1:04-MC-10193 pursuant to 28 U.S.C. Rule 60(b), my First Amendment Right to Redress, and because of my firsthand knowledge of crimes committed by the lower court which my oaths compel me to report per 18 U.S.C. Section 4.

The affidavit on the ensuing pages and the court's own records will clearly prove that in this case (1:04-MC-10193) the United States District Court through **Fraud**, **Malfeasance**, **Misfeasance** and **Nonfeasance** and by ignoring the notice of these faults has committed **Miscarriages of Justice** and is now in default and this appeal demands this Court reverse the lower court and find for the Plaintiff in this particular case.

## VERIFIED AFFIDAVIT OF FACTS

I, Charles William Adams living at 42 Monroe Street in the town of Norwood, County of Norfolk, Commonwealth of Massachusetts do affirm and attest to the following facts in the above named case. I present this VERIFIED AFFIDAVIT OF FACTS to this Honorable Court and with firsthand knowledge give this testimony as to their accuracy and truthfulness, to the best of my knowledge. I am a competent witness and have personal knowledge of these six facts. These six facts are as follows:

1. **LEAVE TO FILE NUNC PRO TUNC, NONFEASANCE and FRAUD**; I hereby petition this Court of Appeals to file this appeal NUNC PRO TUNC because of the FRAUD perpetrated against me by the District Court. The first aspect of this FRAUD is that I was told (page 8 of transcript of conference of 1/11/05) that I would have 10 days to file an appeal after the revised order was "docketed." I was **never mailed a copy** of this "Amended Memorandum" nor the Judgment nor the Order, which shows on the docket #27 dated 1/11/05. Since I had not received these documents I continued to send Judge Zobel paperwork including a notice of fault (docket # 29 dated 1/27/05) that she was **practicing law from the bench** and a MEMORANDUM OF LAW: 26 U.S.C. 7608 (docket #30 dated 2/22/05). I went to the courthouse on 2/28/2005 and saw that the Amended Memorandum, Judgment and Order had been docketed and that the court perpetrated another FRAUD by not mailing me a copy. Therefore, due to the NONFEASANCE of the District Court this appeal is hereby filed within ten (10) work days of my receiving notice of these filings and I demand the Court of Appeals waive any time constraints because of this FRAUD and per 28 U.S.C. Rule 60(b)(3) accept this filing *Nunc Pro Tunc* as FRAUD invalidates *Ab Initio* 37 Am. Jur. 2d Fraud and Deceit § 17 (2001).

2. **MALFEASANCE, MISFEASANCE, CONSPIRACY, JUDICIAL MISCONDUCT and FRAUD**; by US Attorney Victor A. Wild, and Magistrate Dien, supported by Judge Zobel; please note that in the official records of this case that item 15 has been removed and SEALED. Our system of justice is based on an adversarial relationship between the parties involved to be adjudicated by an impartial arbiter. Yet clearly, whatever it is that the US Attorney turned in and was SEALED was *ex parte* **communications** that as the Plaintiff I could not oppose. The case file will provide obvious evidence that the US Attorney, Magistrate Dein and Judge Zobel are **conspiring with MALFEASANCE AND FRAUD to arrive at a pre-determined conclusion with SEALED** *ex parte* **communications**; and this MALFEASANCE AND FRAUD of these government employees must be exposed and fully prosecuted.

3. **MALFEASANCE, MISFEASANCE, CONSPIRACY and FRAUD**; until the conference of 1/11/05 as the Plaintiff in this civil case **I could not see any records**, not see the case file, not even get to see the docket let alone get a copy of it, because without even so much as a motion to do so (unless it is also SEALED and I can't know about it) the US Attorney had **the entire case SEALED**. At a minimum this was MALFEASANCE on the part of the US Attorney and MISFEASANCE on the part of Magistrate Dein and most certainly a Grand Jury would have sufficient probable cause based on this action alone to indict the US Attorney and Magistrate Dein on felony charges of **CONSPIRACY TO COMMIT FRAUD** ON THE COURT and on me, **causing irreparable harm to me**, the Plaintiff. Even when I went to the office of the clerk on 1/18/05 I was told all of the records were sealed and finally the clerk (perhaps realizing the corruption) quietly slipped me a certified copy of the sealed docket but would not let me see any other case paperwork.

4. **MALFEASANCE and JUDICIAL MISCONDUCT**; my last motions to quash the search warrants were based on 26 U.S.C. 7608 and the lack of authority of IRS agents to obtain search warrants. **The US Attorney never responded to this**. Yet **Judge Zobel fabricated a complete rebuttal** denying my motion without the US Attorney having to lift a finger. This JUDICIAL MISCONDUCT is clearly the MALFEASANCE and MISCONDUCT OF OFFICE of **practicing law from the bench, which is repugnant to our adversarial system**.

5. **DEFAULT**; I have made Judge Zobel aware of most of these errors and crimes (docket entries 29 & 30) yet I have not received the relief that I have been demanding nor any communication whatsoever to indicate that she has read the notice or the MEMORANDUM OF LAW: 26 U.S.C. 7608.

6. **FRAUD and DEFAULT**; when I was **finally allowed to see the case file for the first time on 2/28/05** I was delighted to see that on the left side of the folder was most or all of the correspondence that I had sent to the IRS agents and the US Attorney. **I demand that the correspondence be entered into the permanent record** because they will clearly show that **with clean hands I have done everything a reasonable man can do** to demand the IRS and the US Attorney prove there is a law making me liable to file and pay income taxes. *"Silence can be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading. . .* **We cannot condone this shocking behavior by the IRS.** *Our revenue system is based on the good faith of the taxpayer and the taxpayers should be able to expect the same from the government in its enforcement and*

*collection activities."* U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

**As a reasonable man with <u>clean hands</u> I have lawfully challenged the IRS and the US Attorney and (*except for violence*) received no response and they are in default.** These challenges have been included in the case folder, on the left side and I again demand they be made part of the public record. Our Courts have determined that I am responsible to know the powers and authority with our public servants but this is impossible when they won't respond so they are acting with unclean hands and perpetrating fraud on the Courts and the People. In Federal Crop Insurance v. Merrill, 332 U.S. 380, the Supreme Court ruled: *"Whatever the form in which the government functions, <u>anyone entering into an arrangement with the government</u> takes a risk of having accurately ascertained that he who purports to act for the government stays within the bounds of his authority, even though the agent himself may be unaware of the limitations upon his authority."* Also see Utah Power & Light Co. v. United States, 243 U.S. 389; United States v. Stewart, 311 U.S. 60; and generally, in re Floyd Acceptances, 7 Wall. 666.

*Continental Casualty Co. v. United States,* 113 F.2d 284 (5th Cir. 1940): *"Public officers are merely the agents of the public, whose powers and authority are defined and limited by law. Any act without the scope of the authority so defined does not bind the principal, and all persons dealing with such agents are charged with knowledge of the extent of their authority,"* 113 F.2d, at 286.

*Lavin v. Marsh,* 644 F.2d 1378 (9th Cir. 1981): *Retirement benefits case. The Court stated: "Persons dealing with the government are charged with knowing government statutes and regulations, and they assume the risk*

that ***government agents may exceed their authority and provide misinformation,***" 644 F.2d, at 1383.

**As a reasonable man with clean hands** I have done all that I can do and now turn to this Honorable Court to reverse the United States District Court and find for me, the Plaintiff to have the search warrants of my home declared null, void and invalid ab initio and to have everything that was removed from my home by IRS agents on March 23, 2004 returned immediately to my current residence and to have all information obtained to be stricken as the fruits of the poison tree.

I am not a professional attorney and cannot be held to the same standards as are professional attorneys. Haines vs. Kerner, 404 US 519.

I am not a member of the body politic nor corporation nor subject to the law except that law of my Creator; as the law, designated as code is to limit and define government. (Yick Wo 118 US 356, 370)

I will not be responsible for the cost of any other party than myself.[1]

I am not an officer, employee, or elected official of any government, not an officer of any corporation but only a Creation of God.

I affirm and attest that the above statements are true and correct to the best of my knowledge and are not intended to mislead in any way. The above statements of fact are statements concerning facts of which I have

---

[1] Crandall v. Nevada [6 Wall. 35 (1868)]. It is said to be the right of the citizen of this great country, protected by implied guarantees of its Constitution, "to come to the seat of government to assert any claim he may have upon that government, to transact any business he may have with it, to seek its protection, to share its offices, to engage in administering its functions. He has the right of free access to its seaports, through which all operations of foreign commerce are conducted, to the subtreasuries, land offices, and courts of justice in the several States."

personal knowledge. These statements are made for the record in this action. If anyone shall present truthful, sworn witnesses and sworn evidence that contradict any of these material facts, I shall make any necessary corrections to this sworn testimony. Unless anyone presents to me any counter affidavits or sworn evidence to refute or rebut each of the above sworn facts, I shall deem these sworn statements of fact to be admitted or uncontested.

## FURTHER THIS AFFIDAVIT SAYTH NOT

Commonwealth of Massachusetts    )
                                 ) ss:
County of _____        )

On this Eleventh day of March, in the year of our Lord 2005, before me a Notary Public in and for the Commonwealth of Massachusetts, Charles William Adams personally signed at the bottom of this page known to me to be the man whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and considerations therein expressed and in the capacities therein stated.

_____
Notary Public

DEBORAH A. SHEA, Notary Public
My Commission Expires December 15, 2011

I, Charles William Adams have freely hereunto set my hand this Eleventh day of March, 2005.

L.S.                         A Living Soul, Created by The Creator

## CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. APPEAL IN FORMA PAUPERIS;
2. LEAVE TO FILE NUNC PRO TUNC PER 28 U.S.C. RULE 60(b);
3. AFFIDAVIT OF FACTS;
4. CERTIFICATE OF SERVICE; and,

Have been served on Eleventh day of March in the year of our Lord 2005 by my own hand to the Clerk of the US Court of Appeals, the Clerk of the US District Court and Victor Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston Massachusetts.

_____
Charles William Adams, unrepresented Plaintiff, Sui Juris