# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 1:04-MC-10193
Appeal No. _____

Charles William Adams
        Unrepresented Plaintiff

v.

United States of America

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: _____

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: _____

---

My issues on appeal are: Fraud, Malfeasance Misfeasance and Nonfeasance

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ * | $ * | $ * | $ * |
| Self-employment | $ * | $ * | $ * | $ * |
| Income from real property (such as rental income) | $ * | $ * | $ * | $ * |
| Interest and dividends | $ * | $ * | $ * | $ * |

* Armed IRS agents forced their entry into my home leading me to believe I am under criminal investigation by the government. Therefore in accordance with my Fifth Amendment rights I must refuse answering

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Alimony | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Child support | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Retirement (such as social security, pensions, annuities, insurance | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Disability (such as social security, insurance payments) | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Unemployment payments | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Public-assistance (such as welfare) | $ ✶ | $ ✶ | $ ✶ | $ ✶ |
| Other (specify): ✶ | $ | $ ✶ | $ ✶ | $ ✶ |
| Total Monthly income: | $ ✶ | $ ✶ | $ ✶ | $ ✶ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer ✶✶ | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ✶✶ | | | |
| ✶✶ | | | |
| ✶✶ | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| ✶✶ | | | |
| ✶✶ | | | |
| ✶✶ | | | |

✶✶ Per 26 USC 3401 I have never been employed.

2

4. *How much cash do you and your spouse have?* $ ***\*\*\****

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| \*\*\* | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

**Home** (Value): \*\*\* None

**Other real estate** (Value): None

**Motor Vehicle #1** (Value): Make & year: \*\*\* Model: Registration#:

**Motor Vehicle #2** (Value): Make & year: \*\*\* Model: Registration#:

**Other assets** (Value): \*\*\*

**Other assets** (Value):

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Robert Adams | Son | 7 |
| Benjamin Adams | Son | 6 |
| Molly Adams | Daughter | 2 |

\*\*\* Please see the letters on the left side of the case file. The IRS never responds with their lawful authority or what law make me liable therefore if I had money and told you they would just steal it.

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1000 | $ |
| Are any real estate taxes included? ☐ Yes ☐ No | | |
| Is property insurance included? ☐ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) GAS 300 ELEC 100 Phone 70 | $ 470 | $ |
| Home maintenance (repairs and upkeep) We rent but still make repairs | $ 100 | $ |
| Food When we really try we can keep it down to 500 | $ 500 | $ |
| Clothing minimum with kids | $ 200 | $ |
| Laundry and dry-cleaning I have to dress for work | $ 50 | $ |
| Medical and dental expenses My wife has cancer | $ 100 | $ |
| Transportation (not including motor vehicle payments) GAS, train pass to get to work | $ >200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. Internet for research + comm | $ 21 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's **** | $ 18 | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ | $ |
| Installment payments | $ | $ |
| | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): MasterCard ***** | $ | $ |
| Department store (name): | $ | $ |

**** We have renters insurance and I think it is about 200 a year or 18 a month

***** Balance on credit card is about $9,000 some months we barely make minimum payment

4

| | | |
|---|---|---|
| Other:_____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify):_____ | $_____ | $_____ |
| MINIMUM ~~Total~~ monthly expenses: | $2659 | $_____ |

SETTING ASIDE NOTHING FOR SAVINGS, DEBT REDUCTION
CHILDRENS' EXPENSES, ETC.

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☑ Yes  ☐ No           If yes, describe on an attached sheet.

PLEASE SEE NEXT PAGE

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☑ No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

I bring home from work (no savings, no 401k) about 2800 every month. After everyone steals from my paycheck, my minimum expenses are $2659. This leaves less than 200 to pay for everything from my kids' classes to dental work.

5

~~If I am attacked by~~ the people in the office of the Attorney General's office bleeding would I have to pay to prosecute the person who shot me? The USDC has violated law and ethics and I can't understand why I should take food out of my childrens' mouths to expose these crimes.

**13. State the address of your legal residence.**
412 Monroe Street
Norwood, Mass. 02062
Your daytime phone number: (781) 801-4177
Your age: 49    Your years of schooling: 14

Item 9 - Do you expect any major changes to monthly income or expenses

Using the term income is dangerous so I'll say how much I make and how much I spend.
Within the next 12 months I expect the IRS will continue to not answer my questions like they have for the past 9 years! Since they can't prove a liability, nothing signed like a Form 23C, they will go to the people for whom I work and scare them into stealing almost everything I make and giving it to the IRS. Although this is in clear violation of court cases and the written law, terrorists like the IRS don't care and people are so scared they will comply even when shown the written law.
In other words, the IRS ignores the law, uses terrorism on the American people, blackmails your judges and the game rolls along until enough people are crushed and we rise up like President Kennedy said.

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name _Charles William Adams v United States of America_
District Court Case No. _1:04-MC-10193_   District of _Eastern Massachusetts_
Date Notice of Appeal filed _3-11-2005_   Court of Appeals Case No. _____
Form filed on behalf of _____

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal ___✓___
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter_____
Phone Number of Reporter_____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ___ | |
| ☐ Testimony (specify) ___ | |
| ☐ Other (specify) ___ | |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name _____   Filer's Signature _____
Firm/Address _____
Telephone number _____   Date mailed to court reporter _____

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (10/24/03)                                           SEE INSTRUCTIONS ON REVERSE