UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES ADAMS ) <br> ) <br> V. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) | MBD NO. 04-10193-RWZ |

### GOVERNMENT'S MOTION FOR AMENDED ORDER

The United States moves this Court for an Amended Order unsealing docket entry number 15 and maintaining seal of the Applications(s) and Affidavit(s) for Search Warrants in the related MJ Case Nos. 04 M 1053/1055 JGD.

As reasons for this motion, the Government submits the following:

- This Court conducted a hearing on January 11, 2005. At the hearing, this Court suggested that the record be unsealed. The Government concurred that the record be unsealed **with the exception of the Application(s) and Affidavit(s) for Search Warrant(s)**.[1]

- This Court orally Ordered that the record be unsealed, with the noted exceptions.

- This Court's written Order dated January 12, 2005, states in pertinent part: The case is UNSEALED, except for document # 15.

- In fact, the referenced Applications(s) and Affidavit(s) for Search Warrants are NOT part of the record in this case. Those documents are part of the record in related MJ Case Nos. 04 M 1053/1055 JGD, and remain under seal.

---

[1] The Government avowed that the criminal investigation was ongoing, and disclosure would jeopardize that investigation.

- Among claims in a pleading filed by Charles Adams on March 11, 2005, is the assertion that docket # 15 filed under seal was "ex parte communications" between the Government and this Court. Charles Adams is simply wrong.

- In fact, document # 15 in this case is the Government's Opposition To Second Motion for Return Of Seized Property. The pleading was properly filed under seal on August 12, 2004, because the entire record was under seal at that time. Moreover, a copy of the pleading was delivered to Charles Adams on August 12, 2004.

- The Government seeks an amended Order to clear the record. The Government submits this clarification may also avoid needless litigation in connection with Charles Adams' pleading filed March 11, 2005.

WHEREFORE, the Government moves this Court for an amended Order unsealing docket # 15, and further Ordering that the Application(s) and Affidavit(s) for Search Warrants in the underlying MJ Case Nos. 04 M 1053/1055 JGD shall remain under seal.

Respectfully submitted this 24th day of March, 2005.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Victor A. Wild
VICTOR A. WILD
Assistant U.S. Attorney
Suite 900
One Courthouse Way
Boston, MA 02210
(617)748-3100

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing document on Charles William Adams, P.O. Box 781, Norwood, MA 02093.

VICTOR A. WILD
Assistant U.S. Attorney

2