UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES ADAMS

       Plaintiff

                              CIVIL ACTION: 04MC10193-RWZ

V.

UNITED STATES OF AMERICA

       Defendant

## AMENDED ORDER

ZOBEL, D.J.                                                      April 13, 2005

       This Court's ORDER entered January 12, 2005 is AMENDED as follows:

       In accordance with the status conference of 1/11/05, the captioned case is UNSEALED, EXCEPT that the Application(s) and Affidavit(s) For Search Warrant(s) maintained in the captioned case and/or maintained in the related cases Numbered 04M-1053-JGD and 04M-1055-JGD shall remain SEALED until further Order of this Court.

                                                                             By the Court,

                                                                     s/ Lisa A. Urso
                                                                  DEPUTY CLERK