UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Charles Adams,<br>Petitioner | ) ) ) MBD NO. 04-10193-RWZ |
| v. | ) ) ) |
| United States,<br>Respondent | ) ) ) ) |

## ORDER

The Court, upon the Petition of the United States Attorney and pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, hereby enters this Order authorizing and directing the United States Attorney's Office to disclose in a publicly filed brief in the First Circuit the existence of a grand jury investigation in this matter. The Court also orders the United States' motion for leave to disclose grand jury matter, filed October 12, 2005, to be unsealed.

**SO ORDERED.**

_____

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

Dated: __10/18/05__