

VERIFIED AFFIDAVIT OF FACT

IN THE CASE OF

Charles William Adams

v.



UNITED STATES OF AMERICA

## CASE NUMBER 05-1508

I, Charles William Adams living at 42 Monroe Street in the town of Norwood, County of Norfolk, State of Massachusetts do affirm and attest to the following facts in the above named case. I present these four facts to this Honorable Court and give this testimony as to their accuracy and truthfulness, to the best of my knowledge. I am a competent witness and have personal knowledge of these facts[1]. These four facts are as follows:

1. To date, Thursday October 27, 2005 only I, the Petitioner – Appellant has presented this honorable court with evidence in connection with this case as outlined in Rule 603 of the Federal Rules of Evidence. The Respondents – Appellees have presented only hearsay and mere argumentation. This honorable court already granted the Respondents – Appellees an extension to October 17, 2005 to present their evidence and the Respondents – Appellees have presented no sworn

---

[1] Federal Rules of Evidence, Rule 603, "Before testifying, every witness shall be required to declare that the witness will testify truthfully, by oath or affirmation administered in a form calculated to awaken the witness' conscience and impress the witness' mind with the duty to do so."

testimony in rebuttal that would rise to the level of admissible evidence.

2. The hearsay reply of the Respondents – Appellees not surprisingly doesn't even address the serious criminal charges of this appeal against the Assistant US Attorney Victor Wild which include but are not limited to: FRAUD, MALFEASANCE, MISFEASANCE, NONFEASANCE (and quite possibly CONSPIRACY) that SHOCK THE CONSCIOUS and destroy the integrity of the lower court.

3. The reply brief for the Appellee attempts to re-hash the arguments from the original case. This appeal isn't asking the Court of Appeals to review those points. This appeal is to demand the Court of Appeals recognize that it is impossible for the Petitioner – Appellant to receive an unbiased, fair and due process in the lower court because of the FRAUD, MALFEASANCE, MISFEASANCE and NONFEASANCE this appeal has clearly demonstrated. Therefore the only choice the Court of Appeals has is to grant the Petitioner – Appellant relief sought in the lower court.

4. The Petitioner – Appellant never received the motion for an extension of time for the Respondents – Appellees and now demands all mailings from the Respondents – Appellees to the Petitioner – Appellant be done as Certified US Mail, Return

Receipt Requested.  The very nature of this appeal is based on the criminal charges against the office of the US Attorney and this isn't the first time that Charles William Adams has not received mailings from that office in connection with these cases.

Because the Respondents – Appellees has not provided any evidence to this court the Petitioner – Appellant therefore demands this court to find the United States in default.

I am not a professional attorney and cannot be held to the same standards as are professional attorneys. <u>Haines vs. Kerner</u>, 404 US 519.

So this submission will rise to the level of admissible evidence I hereby affirm and attest that the above statements are true and correct to the best of my knowledge and are not intended to mislead in any way. The above statements of fact are statements concerning facts of which I have personal knowledge. These statements are made for the record in this action. If anyone shall present truthful, sworn witnesses and sworn evidence that contradict any of these material facts, I shall make any necessary corrections to this sworn testimony. Unless anyone presents to me any counter affidavits or sworn evidence to refute or rebut each of the above sworn facts, I shall deem these sworn statements of fact to be admitted or uncontested.

I, Charles William Adams have freely hereunto set my hand this twenty-seventh day of October, 2005.


L.S.                                    A Living Soul, Created by The Creator


### CERTIFICATE OF SERVICE

I, Charles William Adams, a citizen of the Commonwealth of Massachusetts over the age of 21, do hereby certify that a true copy of the following documents:

1. VERIFIED AFFIDAVIT OF FACTS;
2. CERTIFICATE OF SERVICE; and,

Have been served on twenty-seventh day of October in the year of our Lord 2005 by my own hand to the Clerk of the US Court of Appeals, the Clerk of the US District Court and Victor Wild in care of the office of the Assistant U.S. Attorney, Suite 9200, One Courthouse Way, Boston Massachusetts.

Charles William Adams, Unrepresented Petitioner – Appellant

4