USDC/MA
Zobel, R.

# United States Court of Appeals
## For the First Circuit

No. 05-1580



CHARLES ADAMS,

Petitioner, Appellant,

v.

UNITED STATES, ET AL.,

Respondents, Appellees.

Before

Boudin, Chief Judge,
Campbell and Stahl, Senior Circuit Judges.

### JUDGMENT
#### Entered: February 8, 2006

The denial of a pre-indictment motion under Fed. R. Crim. P. 41(g) is appealable as a final order under 28 U.S.C. § 1291 only if the motion is (1) "solely for return of property," and (2) "in no way tied to a criminal prosecution in esse against the movant." DiBella v. United States, 369 U.S. 121, 131-32 (1962). Petitioner has not satisfied these requirements. See Imperial Distribs., Inc. v. United States, 617 F.2d 892, 895-96 (1st Cir. 1980). Accordingly, the appeal is dismissed for lack of jurisdiction.

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/3/06

By the Court:

Richard Cushing Donovan, Clerk.

By: _____

Operations Manager.

[cc: Charles Adams, Victor A. Wild, AUSA,
Dina Michael Chaitowitz, AUSA, Virginia M. Vander Jagt, AUSA]